Fill in this information to identify the case:

United States Bankruptcy Court for the:

Southern District of Texas

Case number (if known): _____   Chapter __7__

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| **1. Debtor's name** | Aquilon Energy Services, Inc. |

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as names*

**3. Debtor's federal Employer Identification Number (EIN)**   4 5 – 5 5 9 3 2 0 2

**4. Debtor's address**

**Principal place of business**

808 Travis St Ste 400
Number     Street

Houston, TX 77002-5791
City                              State     ZIP Code

Harris
County

**Mailing address, if different from principal place of business**

Number          Street

P.O. Box

City                              State     ZIP Code

**Location of principal assets, if different from principal place of business**

Number          Street

City                              State     ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor     Aquilon Energy Services, Inc.                                                    Case number *(if known)* _____
           Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .
    5    1    8    2

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____  When _____  Case number _____
                                        MM / DD / YYYY

             District _____  When _____  Case number _____
                                        MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____  Relationship _____

             District _____  When _____
                                                   MM / DD / YYYY

             Case number, if known _____

Debtor    Aquilon Energy Services, Inc.                       Case number *(if known)* _____
            Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>     What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br><br>**Where is the property?** _____<br>                Number       Street<br>           _____<br>                City                             State    ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes.    Insurance agency _____<br>             Contact name     _____<br>             Phone               _____ |

### Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☐ 1-49   ☐ 50-99      ☐ 1,000-5,000   ☐ 5,001-10,000      ☐ 25,001-50,000   ☐ 50,000-100,000<br>☑ 100-199   ☐ 200-999      ☐ 10,001-25,000                          ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000             ☐ $1,000,001-$10 million         ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000      ☐ $10,000,001-$50 million       ☐ $1,000,000,001-$10 billion<br>☑ $100,001-$500,000     ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million     ☐ $100,000,001-$500 million   ☐ More than $50 billion |

Debtor    Aquilon Energy Services, Inc.                        Case number *(if known)* _____
      Name

---

**16. Estimated liabilities**

☐ $0-$50,000      ☐ $1,000,001-$10 million      ☐ $500,000,001-$1 billion

☐ $50,001-$100,000      ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion

☐ $100,001-$500,000      ☐ $50,000,001-$100 million      ☐ $10,000,000,001-$50 billion

☑ $500,001-$1 million      ☐ $100,000,001-$500 million      ☐ More than $50 billion

---

## Request for Relief, Declaration, and Signatures

**WARNING --**    Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    05/03/2021
             MM/ DD/ YYYY

**X**   /s/ Randy Wilson                      Randy Wilson
     Signature of authorized representative of debtor         Printed name

Title          Chief Executive Officer

---

**18. Signature of attorney**

**X**            /s/ Randy Williams        Date   05/03/2021
     Signature of attorney for debtor                   MM/ DD/ YYYY

Randy Williams
Printed name

Byman & Associates, PLLC
Firm name

7924 Broadway Suite 104
Number       Street

Pearland                        TX       77581
City                                State     ZIP Code

(281) 884-9262                     rww@bymanlaw.com
Contact phone                         Email address

21566850                            TX
Bar number                            State

---

## AQUILON ENERGY SERVICES, INC.
## BOARD CONSENT RESOLUTIONS

The Board of Aquilon Energy Services, Inc., a Delaware corporation (the "Company"), adopts the following resolutions:

WHEREAS, it is in the best interest of the Company to file a voluntary petition with the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

BE IT RESOLVED, that Randy Wilson (the "Authorized Person" or "Authorized Signatory"), is authorized and directed to execute and deliver all documents necessary to perfect the filing of a voluntary Chapter 7 bankruptcy case on behalf of the Company; and

BE IT FURTHER RESOLVED, that the Authorized Person is authorized and directed to appear in all Chapter 7 or related proceedings on behalf of the Company; and

BE IT FURTHER RESOLVED, that the Company is authorized and directed to employ Randy W. Williams and the law firm of Byman & Associates PLLC to represent the Company as its bankruptcy and general counsel, pursuant to the terms of that certain Engagement Letter signed by an Authorized Person on March 16, 2021, and the Company hereby binds itself to that Engagement Letter, within such bankruptcy case and to employ other attorneys and professionals as may be necessary for the Company.

Dated this 23rd day of April, 2021.

AQUILON ENERGY SERVICES, INC.

By: _____
Bhagesh Malde

By: _____
Ben McDonald

By: _____
Jeremy Novak

**Fill in this information to identify the case:**

Debtor name            Aquilon Energy Services, Inc.

United States Bankruptcy Court for the:
                       Southern District of Texas

Case number (if known):

☐ Check if this is an
   amended filing

## Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:  Cash and cash equivalents

**1.  Does the debtor have any cash or cash equivalents?**
☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| **2.  Cash on hand** | | | |
| **3.  Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1  Silicon Valley Bank | Checking account | 0340 | $16,233.71 |
| 3.2  CIBC | Checking account | 7513 | $7,922.97 |
| **4.  Other cash equivalents** *(Identify all)* | | | |
| **None** | | | |

**5.  Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$24,156.68

### Part 2:  Deposits and prepayments

**6.  Does the debtor have any deposits or prepayments?**
☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| **7.  Deposits, including security deposits and utility deposits** | |
| Description, including name of holder of deposit | |
| 7.1  Millbrook Lisle 1001 LLC | $45,000.00 |

Debtor    **Aquilon Energy Services, Inc.**                                        Case number *(if known)* _____
           Name

**8.**   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
     Description, including name of holder of prepayment

     8.1   **Hubspot**                                                    $2,291.90

     **Additional Page Total -** *See continuation page for additional entries*          $28,977.06

**9.**   **Total of Part 2**
     Add lines 7 through 8 (including amounts on any additional sheets). Copy the total to line 81.        $76,268.96

| **Part 3:** | Accounts receivable |
|---|---|

**10.**   **Does the debtor have any accounts receivable?**
     ☐ No. Go to Part 4.
     ☑ Yes. Fill in the information below.

                                                                **Current value of debtor's interest**

**11.**   **Accounts Receivable**

     11a. 90 days old or less:     $97,029.04    -    $97,029.04    = ...... →    $0.00
                                  face amount             doubtful or uncollectible accounts

     11b. Over 90 days old:       $500.00    -    $500.00    = ...... →    $0.00
                                  face amount             doubtful or uncollectible accounts

**12.**   **Total of Part 3**
     Current value on lines 11a + 11b = line 12. Copy the total to line 82.        $0.00

| **Part 4:** | Investments |
|---|---|

**13.**   **Does the debtor own any investments?**
     ☑ No. Go to Part 5.
     ☐ Yes. Fill in the information below.

                                              **Valuation method used for current value**       **Current value of debtor's interest**

**14.**   **Mutual funds or publicly traded stocks not included in Part 1**
     Name of fund or stock:

     **None**

**15.**   **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
     Name of fund or stock:                             % of ownership:

     **None**

Debtor    **Aquilon Energy Services, Inc.**
Name    Case number *(if known)*

---

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

**None**

17. **Total of Part 4**

Add lines 14 through 16 (including any additional sheets). Copy the total to line 83.    **$0.00**

---

| Part 5: | Inventory, excluding agriculture assets |

---

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19. **Raw materials**

None

20. **Work in progress**

None

21. **Finished goods, including goods held for resale**

None

22. **Other inventory or supplies**

None

23. **Total of Part 5**

Add lines 19 through 22 (including any additional sheets). Copy the total to line 84.    **$0.00**

24. **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

---

Debtor  __Aquilon Energy Services, Inc._____  Case number *(if known)*_____
        Name

---

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**28. Crops — either planted or harvested**

   **None**

**29. Farm animals** *Examples*: Livestock, poultry, farm-raised fish

   **None**

**30. Farm machinery and equipment** (Other than titled motor vehicles)

   **None**

**31. Farm and fishing supplies, chemicals, and feed**

   **None**

**32. Other farming and fishing-related property not already listed in Part 6**

   **None**

**33. Total of Part 6**

   Add lines 28 through 32. Copy the total to line 85.                                          _____ **$0.00**

**34. Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No

   ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

---

Debtor   **Aquilon Energy Services, Inc.**                                  Case number *(if known)* _____
Name

---

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**39. Office furniture**

| 39.1 **Standing desk table** | (Unknown) | | $200.00 |
|---|---|---|---|

Additional Page Total - *See continuation page for additional entries*                                         $14,475.00

**40. Office fixtures**

**None**

**41. Office equipment, including all computer equipment and communication systems equipment and software**

| 41.1 **Polycom telephones (18)** | (Unknown) | | $900.00 |
|---|---|---|---|

Additional Page Total - *See continuation page for additional entries*                                         $11,758.81

**42. Collectibles** *Examples*: Antiques and figurines; paintings, prints or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**None**

**43. Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.                                                $27,333.81

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 8:**  Machinery, equipment, and vehicles

---

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**
☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

Debtor **Aquilon Energy Services, Inc.**
Name

Case number *(if known)*

---

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

    None

48. **Watercraft, trailers, motors, and related accessories** *Examples*: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

    None

49. **Aircraft and accessories**

    None

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

    None

51. **Total of Part 8**

    Add lines 47 through 50. Copy the total to line 87.                                    $0.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☑ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

---

**Part 9:  Real Property**

---

54. **Does the debtor own or lease any real property?**
    ☑ No. Go to Part 10.
    ☐ Yes. Fill in the information below.

| General description<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has interest**

    None

56. **Total of Part 9**

    Add the current value on lines 55.1 through 55.3 and entries from any addition sheets. Copy the total to line 88.                                    $0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ☑ No
    ☐ Yes

---

Debtor    **Aquilon Energy Services, Inc.**                                    Case number *(if known)* _____

        Name

---

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

| Part 10: | Intangibles and Intellectual Property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**
☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1 US TM: Aquilon Network Reg No. 6,278,950 | $0.00 | | (Unknown) |
| **61. Internet domain names and websites** | | | |
| **None** | | | |
| **62. Licenses, franchises, and royalties** | | | |
| **None** | | | |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| 63.1 Customer lists | (Unknown) | | (Unknown) |
| **64. Other intangibles, or intellectual property** | | | |
| 64.1 IDC and Aquilon Network Software | (Unknown) | | (Unknown) |
| **65. Goodwill** | | | |
| **None** | | | |

66. **Total of Part 10**
Add lines 60 through 65. Copy the total to line 89.                                   $0.00

67. **Do your lists or records include personally identifiable information of customers?** (as defined in 11 U.S.C. §§ 101(41A) and 107)
☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

Debtor      **Aquilon Energy Services, Inc.**                                    Case number *(if known)*
            Name

---

| **Part 11:** | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
☑ No. Go to Part 12.
☐ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

71. **Notes receivable**
Description (include name of obligor)

**None**

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

**None**

73. **Interests in insurance policies or annuities**

**None**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

**None**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**None**

76. **Trusts, equitable or future interests in property**

**None**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**None**

78. **Total of Part 11**
Add lines 71 through 77. Copy the total to line 90.                                          **$0.00**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

Debtor    **Aquilon Energy Services, Inc.**    Case number *(if known)* _____
Name

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $24,156.68 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $76,268.96 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; collectibles.** *Copy line 43, Part 7.* | $27,333.81 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*............................................................ → | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* + | $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column...... 91a. | $127,759.45 + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 ............................................ | | $127,759.45 |

Debtor      **Aquilon Energy Services, Inc.**                                              Case number *(if known)* _____
              Name

| | |
|---|---|
| **Additional Page** | |

|  | Current value of debtor's interest |
|---|---|
| **8.** Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent - *Continued* | |
| Description, including name of holder of prepayment | |
| 8.2  **CT Corporation** | **$53.82** |
| 8.3  **LogMeIn** | **$175.65** |
| 8.4  **Telerik** | **$80.09** |
| 8.5  **LiveChat** | **$99.00** |
| 8.6  **CDW** | **$268.13** |
| 8.7  **MyCommerce** | **$23.81** |
| 8.8  **Atlassian** | **$110.68** |
| 8.9  **Commodity Technology** | **$966.67** |
| 8.10  **Microsoft** | **$3,000.00** |
| 8.11  **AON** | **$7,635.50** |
| 8.12  **CDW** | **$249.36** |
| 8.13  **MyCommerce** | **$38.97** |
| 8.14  **LogMeIn** | **$116.00** |
| 8.15  **Docusign** | **$500.25** |
| 8.16  **Visual Cron** | **$124.58** |
| 8.17  **CDW** | **$2,569.57** |
| 8.18  **Quest** | **$377.77** |
| 8.19  **Quest** | **$976.73** |
| 8.20  **Arch Insurance/AON** | **$11,610.48** |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** Office furniture - *Continued* | | | |
| 39.2  **Workstations (18)** | (Unknown) | | **$3,150.00** |
| 39.3  **Workstation chairs (19)** | (Unknown) | | **$2,850.00** |
| 39.4  **High bar stools (8)** | (Unknown) | | **$1,200.00** |
| 39.5  **Desk** | (Unknown) | | **$200.00** |
| 39.6  **Chairs (4)** | (Unknown) | | **$400.00** |
| 39.7  **Table** | (Unknown) | | **$125.00** |
| 39.8  **Credenza** | (Unknown) | | **$150.00** |
| 39.9  **Large table** | (Unknown) | | **$975.00** |
| 39.10  **Large chairs (12)** | (Unknown) | | **$1,800.00** |

Debtor   **Aquilon Energy Services, Inc.**                                   Case number *(if known)* _____
     Name

## ▌ Additional Page

| | | | |
|---|---|---|---|
| 39.11 **Owl** | (Unknown) | | $600.00 |
| 39.12 **Small table** | (Unknown) | | $125.00 |
| 39.13 **Chairs (4)** | (Unknown) | | $800.00 |
| 39.14 **Owl** | (Unknown) | | $600.00 |
| 39.15 **Large table** | (Unknown) | | $650.00 |
| 39.16 **Small table (2)** | (Unknown) | | $250.00 |
| 39.17 **Chairs (6)** | (Unknown) | | $600.00 |

**41.** **Office equipment -** *Continued*

| | | | |
|---|---|---|---|
| 41.2 **Television - Samsung - 70 inch** | (Unknown) | | $200.00 |
| 41.3 **Clear Boards (2)** | (Unknown) | | $100.00 |
| 41.4 **Television - Samsung - 50 inch** | (Unknown) | | $150.00 |
| 41.5 **Polycom Speaker Phone** | (Unknown) | | $200.00 |
| 41.6 **Click Share + 4 Adaptors** | (Unknown) | | $100.00 |
| 41.7 **Cups (286)** | (Unknown) | | $1,430.00 |
| 41.8 **Tool kit** | (Unknown) | | $45.00 |
| 41.9 **Keyboards (18)** | (Unknown) | | $180.00 |
| 41.10 **Data centers and security equipment** | (Unknown) | | $7,573.81 |
| 41.11 **Swingline Shredder** | (Unknown) | | $200.00 |
| 41.12 **Clear board** | (Unknown) | | $50.00 |
| 41.13 **24" Monitors (44)** | (Unknown) | | $880.00 |
| 41.14 **Television - Samsung - 55 inch** | (Unknown) | | $150.00 |
| 41.15 **Television - Toshiba (2)** | (Unknown) | | $300.00 |
| 41.16 **Alpine Water System** | (Unknown) | | $200.00 |

**Fill in this information to identify the case:**

Debtor name _____ Aquilon Energy Services, Inc. _____

United States Bankruptcy Court for the:

_____ Southern District of Texas _____

Case number (if known): _____

☐ Check if this is an
amended filing

# Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

| | Column A | Column B |
|---|---|---|
| **2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
| **3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $0.00 | |

Debtor      Aquilon Energy Services, Inc.                                                    Case number *(if known)*
           Name

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line _____ | ___ ___ ___ ___ |

Fill in this information to identify the case:

Debtor name                Aquilon Energy Services, Inc.

United States Bankruptcy Court for the:

Southern District of Texas

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims        12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

    ☐ No. Go to Part 2.

    ☑ Yes. Go to line 2.

**2.** **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $87,266.61 | $87,266.61 |
| CIMA Energy LP | ☑ Contingent | | |
| 1221 Mckinney St Ste 3700 | ☐ Unliquidated | | |
| Houston, TX 77010-2046 | ☐ Disputed | | |
| **Date or dates debt was incurred** 3/12/2021 | **Basis for the Claim:** _____ | | |
| **Last 4 digits of account number** \_\_ \_\_ \_\_ \_\_ | **Is the claim subject to offset?** ☑ No ☐ Yes | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) \_\_\_\_\_ | | | |
| Remarks: Prepayment | | | |
| **2.2** **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,575.00 | $1,575.00 |
| International Materials Inc | ☑ Contingent | | |
| 327 Plaza Royal | ☐ Unliquidated | | |
| Boca Raton, FL 33432 | ☐ Disputed | | |
| **Date or dates debt was incurred** 3/15/2021 | **Basis for the Claim:** _____ | | |
| **Last 4 digits of account number** \_\_ \_\_ \_\_ \_\_ | **Is the claim subject to offset?** ☑ No ☐ Yes | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) \_\_\_\_\_ | | | |
| Remarks: Prepayment | | | |

Debtor   **Aquilon Energy Services, Inc.**                                    Case number *(if known)* _____
         Name

| Part 1: | Additional Page |
|---------|-----------------|

**2.3** | Priority creditor's name and mailing address

**J. Aron & Company LLC**

**200 W Street**

**New York, NY 10282**

Date or dates debt was incurred

**3/15/2021**

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) _____
Remarks: Prepayment

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

$41,666.66                 $41,666.66

**2.4** | Priority creditor's name and mailing address

**Macquarie Energy LLC**

**500 Dallas St Ste 3200**

**Houston, TX 77002-4804**

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) _____
Remarks: Prepayment

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

$18,750.00                 $18,750.00

**2.5** | Priority creditor's name and mailing address

**Morgan Stanley Capital Group Inc**

**1585 Broadway**

**New York, NY 10036**

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) _____
Remarks: Prepayment

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

$14,000.00                 $14,000.00

Debtor   **Aquilon Energy Services, Inc.**                                    Case number *(if known)* _____
         Name

---

| Part 1: | Additional Page |

| **2.6** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $125,000.00 | $10,000.00 |
|---|---|---|---|---|

**2.6** Priority creditor's name and mailing address

Randy Wilson

206 Reinerman St

Houston, TX 77007-7229

Date or dates debt was incurred

_____

Last 4 digits of account
number **7   7   4   5**

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

Remarks: Guaranteed Severance

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

$125,000.00         $10,000.00

---

**2.7** Priority creditor's name and mailing address

Symmetry Energy Solutions

1111 Louisiana St Ste B-241

Houston, TX 77002-5230

Date or dates debt was incurred

3/15/2021

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) _____

Remarks: Prepayment

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

$60,000.00         $60,000.00

---

Debtor    **Aquilon Energy Services, Inc.**
_____          Case number *(if known)* _____
          Name

<table>
<tr><td colspan="2" style="background:black;color:white"><b>Part 2:</b> List All Creditors with NONPRIORITY Unsecured Claims</td></tr>
</table>

**3.**  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | **Amount of claim** |
|---|---|

**3.1** | **Nonpriority creditor's name and mailing address**
**A Super Shine**

**Alba S Godoy**

**Po Box 550863**

**Houston, TX 77255-0863**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**   unknown

---

**3.2** | **Nonpriority creditor's name and mailing address**
**ADP**

**1 Adp Blvd**

**Roseland, NJ 07068-1728**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**   unknown

---

**3.3** | **Nonpriority creditor's name and mailing address**
**Advent Systems, Inc.**

**435 W Fullerton Ave**

**Elmhurst, IL 60126-1404**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**   unknown

---

**3.4** | **Nonpriority creditor's name and mailing address**
**All Savers Health Plans and Services**

**3100 Ams Blvd**

**Green Bay, WI 54313-9700**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**   unknown

---

**3.5** | **Nonpriority creditor's name and mailing address**
**Allegro Development Corporation**

**600 N Pearl St Ste 2000**

**Dallas, TX 75201-2822**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**   unknown

Debtor    **Aquilon Energy Services, Inc.**                                                    Case number *(if known)* _____
          Name

---

| Part 2: | Additional Page |
|---|---|

---

**3.6** **Nonpriority creditor's name and mailing address**

American Airlines, Inc

AAirpass Customer Service - MD4106

4255 Amon Carter Blvd

Fort Worth, TX 76155-2603

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.7** **Nonpriority creditor's name and mailing address**

Anna Dynia CPA, LLC

20 Danada Sq W Unit 120

Wheaton, IL 60189-2000

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.8** **Nonpriority creditor's name and mailing address**

Aon Risk Services Central, Inc.

75 Remittance Dr Dept 1926

Chicago, IL 60675-1926

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.9** **Nonpriority creditor's name and mailing address**

Arch Insurance Company

210 Hudson St Ste 300

Jersey City, NJ 07311-1206

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.10** **Nonpriority creditor's name and mailing address**

Atlassian

1098 Harrison St

San Francisco, CA 94103-4521

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

Debtor    __Aquilon Energy Services, Inc.__                                    Case number *(if known)* _____
          Name

| Part 2: | Additional Page |
|---|---|

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |
|---|---|---|---|

**3.11** Nonpriority creditor's name and mailing address

Bank of America NA

20 Greenway Plz Ste 700

Houston, TX 77046-2006

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.12** Nonpriority creditor's name and mailing address

BlueCross BlueShield of Illinois

Health Care Service Corporation

25550 Network Pl

Chicago, IL 60673-1255

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.13** Nonpriority creditor's name and mailing address

BMD Consulting

Po Box 40249

Austin, TX 78704-0005

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.14** Nonpriority creditor's name and mailing address

Bruce Power LP

Bldg 1540, Bldg B10

177 Tie Road

Kincardine, ON, Canada N06 2T0,

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.15** Nonpriority creditor's name and mailing address

Canteen Refreshment Services

Division of Compass Group

940 Lively Blvd

Wood Dale, IL 60191-1204

Date or dates debt was incurred    9/16/2020

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$216.50

---

Debtor    __Aquilon Energy Services, Inc.__                                    Case number *(if known)* _____
          Name

---

**Part 2:**  Additional Page

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,355.00
| CCM-Cameron Esperson Owner, LP | *Check all that apply.*
| | ☑ Contingent
| 808 Travis St Ste 102 | ☐ Unliquidated
| Houston, TX 77002-5775 | ☐ Disputed
| | **Basis for the claim:** _____
| Date or dates debt was incurred    2/22/2021 | **Is the claim subject to offset?**
| Last 4 digits of account number    __ __ __ __ | ☑ No
| | ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown
| Centerpoint Energy Services Inc | *Check all that apply.*
| | ☑ Contingent
| Po Box 1374 | ☐ Unliquidated
| Houston, TX 77251-1374 | ☐ Disputed
| | **Basis for the claim:** _____
| Date or dates debt was incurred    _____ | **Is the claim subject to offset?**
| Last 4 digits of account number    8  6  4  3 | ☑ No
| | ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $24,924.55
| Century Link | *Check all that apply.*
| Executive Plaza III | ☐ Contingent
| | ☐ Unliquidated
| 11350 Mccormick Rd Ste 800 | ☑ Disputed
| Hunt Valley, MD 21031-1002 | **Basis for the claim:** _____
| Date or dates debt was incurred    _____ | **Is the claim subject to offset?**
| Last 4 digits of account number    __ __ __ __ | ☑ No
| Remarks: Accounting error by Century Link | ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $105.00
| Certify, Inc. | *Check all that apply.*
| | ☑ Contingent
| Po Box 780965 | ☐ Unliquidated
| Philadelphia, PA 19178-0965 | ☐ Disputed
| | **Basis for the claim:** _____
| Date or dates debt was incurred    2/28/2021 | **Is the claim subject to offset?**
| Last 4 digits of account number    __ __ __ __ | ☑ No
| | ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown
| Charles Bayless Arizona | *Check all that apply.*
| | ☐ Contingent
| 7300 N Sunset Canyon Dr | ☐ Unliquidated
| Tucson, AZ 85718-1258 | ☐ Disputed
| | **Basis for the claim:** _____
| Date or dates debt was incurred    _____ | **Is the claim subject to offset?**
| Last 4 digits of account number    __ __ __ __ | ☑ No
| | ☐ Yes

---

Debtor    **Aquilon Energy Services, Inc.**                                          Case number *(if known)* _____
                Name

| Part 2: | Additional Page |

---

**3.21** **Nonpriority creditor's name and mailing address**

Charles Bayless NC

403 Tuttle Rd

Durham, NC 27703-8386

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown _____

---

**3.22** **Nonpriority creditor's name and mailing address**

Citadel Americas LLC

131 S Dearborn St

Chicago, IL 60603-5517

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown _____

---

**3.23** **Nonpriority creditor's name and mailing address**

Citigroup Energy, Inc.

2700 Post Oak Ste 400

Houston, TX 77056

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown _____

---

**3.24** **Nonpriority creditor's name and mailing address**

Citigroup Energy, Inc.

2700 Post Oak Ste 400

Houston, TX 77056

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown _____

---

**3.25** **Nonpriority creditor's name and mailing address**

City of Chicago

22149 Network Pl

Chicago, IL 60673-1221

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown _____

---

Debtor      **Aquilon Energy Services, Inc.**
Name

Case number *(if known)* _____

---

| Part 2: | Additional Page |
|---|---|

---

**3.26** Nonpriority creditor's name and mailing address

Clear Investigative

2801 Network Blvd #101

Frisco, TX 75034

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.27** Nonpriority creditor's name and mailing address

Cogent Communications, Inc.

PO Box 791087

Baltimore, MD 21279-1087

Date or dates debt was incurred   2/1/2021

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,150.00

---

**3.28** Nonpriority creditor's name and mailing address

Comcast Business

Po Box 37601

Philadelphia, PA 19101-0601

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.29** Nonpriority creditor's name and mailing address

Comcast Inc

Po Box 3001

Southeastern, PA 19398-3001

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.30** Nonpriority creditor's name and mailing address

ComEd, Inc.

Po Box 6111

Carol Stream, IL 60197-6111

Date or dates debt was incurred   2/24/2021

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$65.01

---

Debtor     __Aquilon Energy Services, Inc.__
           Name                                                    Case number *(if known)* _____

---

**Part 2:** Additional Page

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown
| | *Check all that apply.* |
| Committee of Chief Risk Officers, Inc. | ☐ Contingent |
| | ☐ Unliquidated |
| 8000 Research Forest Dr Ste 115 #278 | ☐ Disputed |
| The Woodlands, TX 77382-1506 | |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | ☑ No |
| Last 4 digits of account number ___ ___ ___ ___ | ☐ Yes |

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown
| | *Check all that apply.* |
| Commodity Risk Advisors, LLC | ☐ Contingent |
| | ☐ Unliquidated |
| 6010 Blossom St | ☐ Disputed |
| Houston, TX 77007-5002 | |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | ☑ No |
| Last 4 digits of account number ___ ___ ___ ___ | ☐ Yes |

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown
| | *Check all that apply.* |
| Commodity Technology Advisory LLC | ☐ Contingent |
| | ☐ Unliquidated |
| 19901 Southwest Fwy Ste 140 | ☐ Disputed |
| Sugar Land, TX 77479-6538 | |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | ☑ No |
| Last 4 digits of account number ___ ___ ___ ___ | ☐ Yes |

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown
| | *Check all that apply.* |
| Concurrency, Inc. | ☐ Contingent |
| | ☐ Unliquidated |
| 13600 Bishops Ct | ☐ Disputed |
| Brookfield, WI 53005-6211 | |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | ☑ No |
| Last 4 digits of account number ___ ___ ___ ___ | ☐ Yes |

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown
| | *Check all that apply.* |
| CoverWallet Inc | ☑ Contingent |
| | ☐ Unliquidated |
| Po Box 22395 | ☐ Disputed |
| New York, NY 10087-0001 | |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred 3/23/2021 | **Is the claim subject to offset?** |
| | ☑ No |
| Last 4 digits of account number ___ ___ ___ ___ | ☐ Yes |

---

Debtor    __Aquilon Energy Services, Inc._____    Case number *(if known)* _____
          Name

| Part 2: | Additional Page |

---

**3.36** Nonpriority creditor's name and mailing address

CT Corporation

Po Box 4349

Carol Stream, IL 60197-4349

Date or dates debt was incurred     __12/26/2020__

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,007.95

---

**3.37** Nonpriority creditor's name and mailing address

Delaware Secretary of State

Division of Corporations

Po Box 5509

Binghamton, NY 13902-5509

Date or dates debt was incurred     _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.38** Nonpriority creditor's name and mailing address

Delta Dental of Illinois-Risk

Po Box 804067

Chicago, IL 60680-4067

Date or dates debt was incurred     _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.39** Nonpriority creditor's name and mailing address

Docusign

221 Main St Ste 1550

San Francisco, CA 94105-1947

Date or dates debt was incurred     _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.40** Nonpriority creditor's name and mailing address

Dropbox

1800 Owens St Ste 200

San Francisco, CA 94158-2381

Date or dates debt was incurred     _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

Debtor    **Aquilon Energy Services, Inc.**                                    Case number *(if known)* _____
          Name

| Part 2: | Additional Page |
|---|---|

**3.41** Nonpriority creditor's name and mailing address

Dugan & Lopatka CPAs

4320 Winfield Rd Ste 450

Warrenville, IL 60555-4036

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.42** Nonpriority creditor's name and mailing address

Ector County Energy Center LLC

1 S Wacker Dr Ste 1800

Chicago, IL 60606-4630

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.43** Nonpriority creditor's name and mailing address

Energize Ventures

1 S Wacker Dr Ste 1620

Chicago, IL 60606-4671

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.44** Nonpriority creditor's name and mailing address

ENGIE Energy Marketing NA, Inc

1990 Post Oak Blvd Ste 1900

Houston, TX 77056-3831

Date or dates debt was incurred     10/31/2020

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$10,793.25

---

**3.45** Nonpriority creditor's name and mailing address

ENI Trading and Shipping Inc

1200 Smith St Ste 1707

Houston, TX 77002-4372

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

Debtor   **Aquilon Energy Services, Inc.**                                    Case number *(if known)* _____
         Name

| Part 2: | Additional Page |
|---|---|

**3.46** Nonpriority creditor's name and mailing address

Ernst & Young U.S. LLP

3712 Solutions Ctr

Chicago, IL 60677-3007

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**   unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.47** Nonpriority creditor's name and mailing address

eShares, Inc.

195 Page Mill Rd Ste 101

Palo Alto, CA 94306-2073

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**   unknown
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.48** Nonpriority creditor's name and mailing address

Eye Med

Fidelity Security Life Insurance Co.

Po Box 632530

Cincinnati, OH 45263-2530

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**   unknown
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.49** Nonpriority creditor's name and mailing address

Francis X. Egan

1142 Ash St

Winnetka, IL 60093-2104

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**   unknown
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.50** Nonpriority creditor's name and mailing address

Go Daddy

14455 N Hayden Rd

Scottsdale, AZ 85260-6993

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**   unknown
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   **Aquilon Energy Services, Inc.**                               Case number *(if known)* _____
         Name

| Part 2: | Additional Page |

---

**3.51** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown
| Goldman Sachs Principal Strategic Investments | *Check all that apply.*
| | ☑ Contingent
| 200 West St | ☐ Unliquidated
| New York, NY 10282-2102 | ☐ Disputed
| | **Basis for the claim:** _____
| Date or dates debt was incurred _____ | **Is the claim subject to offset?**
| Last 4 digits of account number __ __ __ __ | ☑ No
| | ☐ Yes

---

**3.52** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown
| HALOCK Security Labs | *Check all that apply.*
| | ☑ Contingent
| Remington Associates, Ltd | ☐ Unliquidated
| | ☐ Disputed
| 1834 Walden Office Sq Ste 200 |
| Schaumburg, IL 60173-4296 | **Basis for the claim:** _____
| | **Is the claim subject to offset?**
| Date or dates debt was incurred _____ | ☑ No
| Last 4 digits of account number __ __ __ __ | ☐ Yes

---

**3.53** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown
| Hart Energy | *Check all that apply.*
| | ☑ Contingent
| 1616 S Voss Rd Ste 1000 | ☐ Unliquidated
| Houston, TX 77057-2641 | ☐ Disputed
| | **Basis for the claim:** _____
| Date or dates debt was incurred _____ | **Is the claim subject to offset?**
| Last 4 digits of account number __ __ __ __ | ☑ No
| | ☐ Yes

---

**3.54** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown
| HCL America Inc | *Check all that apply.*
| | ☑ Contingent
| 330 Potrero Ave | ☐ Unliquidated
| Sunnyvale, CA 94085-4113 | ☐ Disputed
| | **Basis for the claim:** _____
| Date or dates debt was incurred _____ | **Is the claim subject to offset?**
| Last 4 digits of account number __ __ __ __ | ☑ No
| | ☐ Yes

---

**3.55** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown
| HoganTaylor LLP | *Check all that apply.*
| | ☑ Contingent
| 2222 S Utica Pl Ste 200 | ☐ Unliquidated
| Tulsa, OK 74114-7013 | ☐ Disputed
| | **Basis for the claim:** _____
| Date or dates debt was incurred _____ | **Is the claim subject to offset?**
| Last 4 digits of account number __ __ __ __ | ☑ No
| | ☐ Yes

---

Debtor    **Aquilon Energy Services, Inc.**                                     Case number *(if known)* _____
        Name

---

| **Part 2:** | Additional Page |
|---|---|

---

**3.56** Nonpriority creditor's name and mailing address

HubSpot, Inc

Po Box 419842

Boston, MA 02241-9842

Date or dates debt was incurred    2/28/2021

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**     $6,875.70
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.57** Nonpriority creditor's name and mailing address

IBM Corporation

Po Box 643600

Pittsburgh, PA 15264-3600

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**     unknown
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.58** Nonpriority creditor's name and mailing address

Indianapolis Power & Light Company

1 Monument Cir

Indianapolis, IN 46202

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**     unknown
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.59** Nonpriority creditor's name and mailing address

Infinity Consulting Solutions, Inc

462 7th Ave Fl 2

New York, NY 10018-7847

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**     unknown
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.60** Nonpriority creditor's name and mailing address

Invenergy Nelson LLC

1 S Wacker Dr Ste 1800

Chicago, IL 60606-4630

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**     unknown
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

Debtor   **Aquilon Energy Services, Inc.**                                    Case number *(if known)* _____
         Name

| **Part 2:** | Additional Page |
|---|---|

**3.61** Nonpriority creditor's name and mailing address

**IP Successor Fund 21 LP**

**1143 Ash St**

**Winnetka, IL 60093-2103**

Date or dates debt was incurred         _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:   unknown
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.62** Nonpriority creditor's name and mailing address

**JAM UK Trading Ltd**

**Unit 25 Boxted Business Park**

**Berlkhamated Rd**

**Hemel Hempstead, UK,**

Date or dates debt was incurred         _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:   unknown
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.63** Nonpriority creditor's name and mailing address

**Jazz HR**

**1501 Reedsdale St Ste 403**

**Pittsburgh, PA 15233-2306**

Date or dates debt was incurred         _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:   unknown
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.64** Nonpriority creditor's name and mailing address

**Jet Brains**

**989 E Hillsdale Blvd Ste 200**

**Foster City, CA 94404-2189**

Date or dates debt was incurred         _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:   unknown
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.65** Nonpriority creditor's name and mailing address

**John W Egan**

**1264 Forest Glen Dr N**

**Winnetka, IL 60093-1423**

Date or dates debt was incurred         _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:   unknown
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Debtor    **Aquilon Energy Services, Inc.**
          Name

Case number *(if known)* _____

| Part 2: | Additional Page |
|---|---|

**3.66** Nonpriority creditor's name and mailing address

K2 Commodities LLC

1125 17th St

Denver, CO 80202-2025

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown _____

**3.67** Nonpriority creditor's name and mailing address

Knight Security Systems, LLC

Po Box 543292

Dallas, TX 75354-3292

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown _____

**3.68** Nonpriority creditor's name and mailing address

KPMG LLP

Po Box 120511 Dept 0511

Dallas, TX 75312-0511

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown _____

**3.69** Nonpriority creditor's name and mailing address

Linkedin Corporation

62228 Collections Center Dr

Chicago, IL 60693-0001

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown _____

**3.70** Nonpriority creditor's name and mailing address

Live Chat

101 Arch St Fl 8

Boston, MA 02110-7500

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown _____

Debtor **Aquilon Energy Services, Inc.**
Name
Case number *(if known)* _____

| Part 2: | Additional Page |

---

**3.71** Nonpriority creditor's name and mailing address

Lochman Krane International, Inc

205 E Butterfield Rd Pmb 300

Elmhurst, IL 60126-7200

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown _____

---

**3.72** Nonpriority creditor's name and mailing address

LOGIX Communications, LP

Po Box 3608

Houston, TX 77253-3608

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown _____

---

**3.73** Nonpriority creditor's name and mailing address

Macquarie Energy LLC

500 Dallas St Ste 3300

Houston, TX 77002-4719

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown _____

---

**3.74** Nonpriority creditor's name and mailing address

Mansfield Oil Company

1025 Airport Pkwy

Gainesville, GA 30501-6813

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown _____

---

**3.75** Nonpriority creditor's name and mailing address

McMillan LLP

Brookfield Place

181 Bay Street Suite 4400

Toronto, Ontario, Canada M5J 2T3,

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown _____

---

Debtor    **Aquilon Energy Services, Inc.**          Case number *(if known)* _____
          Name

| Part 2: | Additional Page |

**3.76** Nonpriority creditor's name and mailing address

**Merchology**

**121 Cheshire Ln N Ste 100**

**Minneapolis , MN 55305**

Date or dates debt was incurred          _____

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.77** Nonpriority creditor's name and mailing address

**Michael Best & Friedrich, LLC**

**Po Box 88462**

**Milwaukee, WI 53288-8462**

Date or dates debt was incurred          2/22/2021

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☑ Yes

unknown

---

**3.78** Nonpriority creditor's name and mailing address

**Michael E Egan**

**911 Euclid Ave**

**Winnetka, IL 60093-1417**

Date or dates debt was incurred          _____

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.79** Nonpriority creditor's name and mailing address

**Microsoft Corporation**

**LB #842467**

**1950 N Stemmons Fwy Ste 5010**

**Dallas, TX 75207-3199**

Date or dates debt was incurred          3/9/2021

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$23,666.09

---

**3.80** Nonpriority creditor's name and mailing address

**Millbrook Lisle 1001, LLC**

**485 E Half Day Rd Ste 220**

**Buffalo Grove, IL 60089-8806**

Date or dates debt was incurred          _____

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☑ Yes

$283,826.14

---

Debtor    **Aquilon Energy Services, Inc.**                                         Case number *(if known)* _____
          Name

| Part 2: | Additional Page |

**3.81** Nonpriority creditor's name and mailing address

**Mitsui & Co. Energy Marketing and Services (usa), Inc.**

**1300 Post Oak Blvd Ste 1700**

**Houston, TX 77056-3081**

Date or dates debt was incurred          _____

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown _____

---

**3.82** Nonpriority creditor's name and mailing address

**Modis**

**Dept Ch 10682**

**Palatine, IL 60055-0001**

Date or dates debt was incurred          _____

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown _____

---

**3.83** Nonpriority creditor's name and mailing address

**Monaco**

**205 E 42nd St Fl 14**

**New York, NY 10017-5752**

Date or dates debt was incurred          _____

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown _____

---

**3.84** Nonpriority creditor's name and mailing address

**MRE Consulting Ltd**

**3800 Buffalo Speedway Ste 200**

**Houston, TX 77098-3725**

Date or dates debt was incurred          _____

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown _____

---

**3.85** Nonpriority creditor's name and mailing address

**Murray Family Group**

**11 Kent Rd**

**Winnetka, IL 60093-1815**

Date or dates debt was incurred          _____

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown _____

---

Debtor __Aquilon Energy Services, Inc.__      Case number *(if known)* _____
     Name

---

**Part 2:**   Additional Page

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |
|---|---|---|---|

**3.86** Nonpriority creditor's name and mailing address
MyOfficeProducts LLC

Po Box 32193

New York, NY 10087-3193

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.87** Nonpriority creditor's name and mailing address
Namely, Inc

Dept Ch 17603

Palatine, IL 60055-7603

Date or dates debt was incurred __8/17/2020__

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.88** Nonpriority creditor's name and mailing address
Nationwide TFS

500 N Broadway Ste 240

Jericho, NY 11753-2111

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.89** Nonpriority creditor's name and mailing address
Net Firms

10 Corporate Dr Ste 300

Burlington, MA 01803-4200

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.90** Nonpriority creditor's name and mailing address
New Jersey Division of Taxation

Po Box 666

Trenton, NJ 08646-0666

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

Debtor   **Aquilon Energy Services, Inc.**
Name

Case number *(if known)*

---

**Part 2:**  Additional Page

---

**3.91** Nonpriority creditor's name and mailing address
North American Energy Standards Board

801 Travis St Ste 1675

Houston, TX 77002-5777

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown _____

---

**3.92** Nonpriority creditor's name and mailing address
Notarize Inc

1 Marina Park Dr

Boston, MA 02210-1832

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown _____

---

**3.93** Nonpriority creditor's name and mailing address
NYC Department of Finance

Po Box 3933

New York, NY 10008-3933

Date or dates debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown _____

---

**3.94** Nonpriority creditor's name and mailing address
Objective Paradigm Inc

223 W Jackson Blvd Ste 950

Chicago, IL 60606-6979

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown _____

---

**3.95** Nonpriority creditor's name and mailing address
Origin LLC

813 Greenleaf St Ste 1

Evanston, IL 60202-1333

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown _____

---

Debtor    __Aquilon Energy Services, Inc._____    Case number *(if known)* _____
              Name

| Part 2: | Additional Page |

**3.96** | Nonpriority creditor's name and mailing address

Partners Electric Services

7303 Windfern Rd Ste 200

Houston, TX 77040-2312

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

**3.97** | Nonpriority creditor's name and mailing address

Peter S Egan

550 Ash St

Winnetka, IL 60093-2662

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

**3.98** | Nonpriority creditor's name and mailing address

Platinum Parking

930 Main St Ste T280

Houston, TX 77002-6224

Date or dates debt was incurred    2/22/2021

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$955.00

**3.99** | Nonpriority creditor's name and mailing address

Powar Energy Inc

1510 S Humboldt St

Denver, CO 80210-2832

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

**3.100** | Nonpriority creditor's name and mailing address

PR Newswire Association LLC

Po Box 5897

New York, NY 10087-5897

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

Debtor   **Aquilon Energy Services, Inc.**                                    Case number *(if known)* _____
Name

| Part 2: | Additional Page |

**3.101** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | unknown
Prestige Staffing | *Check all that apply.* |
| ☑ Contingent |
8010 Roswell Rd Ste 330 | ☐ Unliquidated |
Atlanta, GA 30350-7014 | ☐ Disputed |
| **Basis for the claim:** _____ |
Date or dates debt was incurred      _____ | **Is the claim subject to offset?** |
Last 4 digits of account number   __ __ __ __ | ☑ No |
| ☐ Yes |

**3.102** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | unknown
Professional Decorating & Painting Inc | *Check all that apply.* |
| ☑ Contingent |
7149 N Austin Ave | ☐ Unliquidated |
Niles, IL 60714-4617 | ☐ Disputed |
| **Basis for the claim:** _____ |
Date or dates debt was incurred      _____ | **Is the claim subject to offset?** |
Last 4 digits of account number   __ __ __ __ | ☑ No |
| ☐ Yes |

**3.103** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | unknown
Publicis Sapient | *Check all that apply.* |
| ☑ Contingent |
Po Box 4886 | ☐ Unliquidated |
Boston, MA 02212-4886 | ☐ Disputed |
| **Basis for the claim:** _____ |
Date or dates debt was incurred      _____ | **Is the claim subject to offset?** |
Last 4 digits of account number   __ __ __ __ | ☑ No |
| ☐ Yes |

**3.104** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | unknown
R. Michael Murray Jr | *Check all that apply.* |
Rebecca Murray | ☑ Contingent |
| ☐ Unliquidated |
11 Kent Road | ☐ Disputed |
Winnetka, IL 60093 | **Basis for the claim:** _____ |
| **Is the claim subject to offset?** |
Date or dates debt was incurred      _____ | ☑ No |
Last 4 digits of account number   __ __ __ __ | ☐ Yes |

**3.105** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | unknown
R.L. Wolff & Associates | *Check all that apply.* |
| ☑ Contingent |
2138 Richmond Ave | ☐ Unliquidated |
Houston, TX 77098-3327 | ☐ Disputed |
| **Basis for the claim:** _____ |
Date or dates debt was incurred      _____ | **Is the claim subject to offset?** |
Last 4 digits of account number   __ __ __ __ | ☑ No |
| ☐ Yes |

Debtor    **Aquilon Energy Services, Inc.**
Name

Case number *(if known)* _____

---

| **Part 2:** | Additional Page |

---

**3.106** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | unknown
*Check all that apply.*

Redgate

144 W Colorado Blvd Ste 200

Pasadena, CA 91105-1953

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    _____

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

---

**3.107** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | unknown
*Check all that apply.*

ReedSmith LLP

2672 Paysphere Circle

Chicago, IL 60674-0001

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    _____

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

---

**3.108** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,053.06
*Check all that apply.*

RingCentral, Inc.

20 Davis Dr

Belmont, CA 94002-3002

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    3/1/2021

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

---

**3.109** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | unknown
*Check all that apply.*

Rival Colour Limited

Unit 1 Centre Business Park

53 Norman Road

Greenwich, London, UK SE10 9QF,

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    _____

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

---

**3.110** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | unknown
*Check all that apply.*

Romero Creative and Marketing LLC

1334 Brittmoore Rd Ste 1314

Houston, TX 77043-4035

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    _____

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

---

Debtor    **Aquilon Energy Services, Inc.**                                    Case number *(if known)* _____
Name

---

**Part 2:    Additional Page**

---

**3.111**  **Nonpriority creditor's name and mailing address**

Sage Intacct, Inc

Po Box 123237 Dept 3237

Dallas, TX 75312-3237

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**    ___unknown___
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.112**  **Nonpriority creditor's name and mailing address**

Salesforce.com Inc

Po Box 203141

Dallas, TX 75320-3141

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**    ___unknown___
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.113**  **Nonpriority creditor's name and mailing address**

Schumacher Cargo

550 W 135th St

Gardena, CA 90248-1506

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**    ___unknown___
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.114**  **Nonpriority creditor's name and mailing address**

Secretary of State

Department of Business Services

501 S 2nd St

Springfield, IL 62756-1000

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**    ___unknown___
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.115**  **Nonpriority creditor's name and mailing address**

Sikich LLP

1415 W Diehl Rd

Naperville, IL 60563

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**    ___unknown___
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor   __Aquilon Energy Services, Inc.__                                    Case number *(if known)* _____
         Name

| Part 2: | Additional Page |

**3.116** Nonpriority creditor's name and mailing address

Silicon Valley Bank

PO Box 660254

Naperville, IL 60563

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

___unknown___

**3.117** Nonpriority creditor's name and mailing address

St. Clair Power LP

1 S Wacker Dr Ste 1800

Chicago, IL 60606-4630

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

___unknown___

**3.118** Nonpriority creditor's name and mailing address

State of California

Employment Development Department

PO Box 826215 MIC 3A

Sacramento, CA 94230-6215

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

___unknown___

**3.119** Nonpriority creditor's name and mailing address

State of New Jersey

Department of Employer Accounts

Po Box 929

Trenton, NJ 08646-0929

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

___unknown___

**3.120** Nonpriority creditor's name and mailing address

State of Texas

Comptroller of Public Accounts

111 E 17th St

Austin, TX 78774-1440

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

___unknown___

Debtor    **Aquilon Energy Services, Inc.**                                          Case number *(if known)* _____
          Name

| Part 2: | Additional Page |

**3.121** Nonpriority creditor's name and mailing address
Steven Provenzano

Lyndon B Johnson State Office Building

Houston, TX 77005

Date or dates debt was incurred          _____

Last 4 digits of account number      __ __ __ __

**As of the petition filing date, the claim is:**                    __unknown__
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.122** Nonpriority creditor's name and mailing address
Stinnett & Associates

111 E 17th St

Tulsa, OK 74119

Date or dates debt was incurred          _____

Last 4 digits of account number      __ __ __ __

**As of the petition filing date, the claim is:**                    __unknown__
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.123** Nonpriority creditor's name and mailing address
Streng Agency

2325 Dean St

Saint Charles, IL 60175-4810

Date or dates debt was incurred          _____

Last 4 digits of account number      __ __ __ __

**As of the petition filing date, the claim is:**                    __unknown__
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.124** Nonpriority creditor's name and mailing address
Student Engineers' Council

Tamu 3127

College Sta, TX 77843-0001

Date or dates debt was incurred          _____

Last 4 digits of account number      __ __ __ __

**As of the petition filing date, the claim is:**                    __unknown__
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.125** Nonpriority creditor's name and mailing address
SVB Credit Card

Silicon Valley Bank

Po Box 660254

Dallas, TX 75266-0254

Date or dates debt was incurred          _____

Last 4 digits of account number      __ __ __ __

**As of the petition filing date, the claim is:**                    __unknown__
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Debtor   **Aquilon Energy Services, Inc.**                                    Case number *(if known)* _____
　　　　　Name

| Part 2: | Additional Page |
| --- | --- |

**3.126**  Nonpriority creditor's name and mailing address

Syncfusion

2501 Aerial Center Pkwy Ste 200

Morrisville, NC 27560-7685

Date or dates debt was incurred                    _____

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:   __unknown__
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.127**  Nonpriority creditor's name and mailing address

TechOptimus Inc

7907 S Rice Ave

Bellaire, TX 77401-5709

Date or dates debt was incurred                    _____

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:   __unknown__
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.128**  Nonpriority creditor's name and mailing address

Telerik

14 Oak Park Dr

Bedford, MA 01730-1414

Date or dates debt was incurred                    _____

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:   __unknown__
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.129**  Nonpriority creditor's name and mailing address

Texas Workforce Commission

Austin, TX 78778-0091

Date or dates debt was incurred                    _____

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:   __unknown__
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.130**  Nonpriority creditor's name and mailing address

The Guardian Life Insurance Company of America

10 Hudson Yards

New York, NY 10001-2157

Date or dates debt was incurred                    _____

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:   __unknown__
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Debtor   **Aquilon Energy Services, Inc.**
Name

Case number *(if known)* _____

| Part 2: | Additional Page |
|---|---|

### 3.131

**Nonpriority creditor's name and mailing address**

The Hartford

Po Box 660916

Dallas, TX 75266-0916

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

### 3.132

**Nonpriority creditor's name and mailing address**

The Jenkins Group Inc

300 Park Blvd Ste 250

Itasca, IL 60143-2655

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

### 3.133

**Nonpriority creditor's name and mailing address**

The Reserves Network Inc

Po Box 373415

Cleveland, OH 44193-0001

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

### 3.134

**Nonpriority creditor's name and mailing address**

Thomson Reuters (GRC) Inc

Po Box 412197

Boston, MA 02241-2197

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

### 3.135

**Nonpriority creditor's name and mailing address**

Tradehelm Inc

26w155 Prestwick Ln

Winfield, IL 60190-2308

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

Debtor    __Aquilon Energy Services, Inc._____    Case number *(if known)* _____
        Name

| Part 2: | Additional Page |
| --- | --- |

**3.136**  **Nonpriority creditor's name and mailing address**

Trebloc Management & Consulting Ltd

941 4A Street NW

Calgary, Alberta, Canada ,

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

_____unknown_____

---

**3.137**  **Nonpriority creditor's name and mailing address**

Uniper Global commodities North America LP

181 W Madison St Ste 3450

Chicago, IL 60602-4576

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

_____unknown_____

---

**3.138**  **Nonpriority creditor's name and mailing address**

University of Houston

Bauer College of Business

4750 Calhoun Rd

Houston, TX 77204-6021

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

_____unknown_____

---

**3.139**  **Nonpriority creditor's name and mailing address**

University of Houston

Cullen College of Engineering

4750 Calhoun Rd Bldg 2 E312

Houston, TX 77204-6021

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

_____unknown_____

---

**3.140**  **Nonpriority creditor's name and mailing address**

Unum Life Insurance Company of America

Po Box 406990

Atlanta, GA 30384-6990

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

_____unknown_____

Debtor   __Aquilon Energy Services, Inc._____     Case number *(if known)* _____
         Name

| Part 2: | Additional Page |

**3.141** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown

Nonpriority creditor's name and mailing address

Up Trends

1800 Nw Corporate Blvd Ste 202

Boca Raton, FL 33431-7336

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

---

**3.142** Nonpriority creditor's name and mailing address

Verizon Communications Inc

Po Box 25505

Lehigh Valley, PA 18002-5505

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

unknown

---

**3.143** Nonpriority creditor's name and mailing address

Visual Cron

NetCart AB Majv 6A 191 40

Spollentuna, Sweden,

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

unknown

---

**3.144** Nonpriority creditor's name and mailing address

WageWorks Inc

15 W Scenic Pointe Dr Ste 100

Draper, UT 84020-6120

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

unknown

---

**3.145** Nonpriority creditor's name and mailing address

WeWork

222 S Riverside Plz

Chicago, IL 60606-5808

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

unknown

---

Debtor   __Aquilon Energy Services, Inc.__                              Case number *(if known)* _____
         Name

| Part 2: | Additional Page |

---

**3.146** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | __unknown__
*Check all that apply.*

WP Engine

☑ Contingent

504 Lavaca St Ste 1000

☐ Unliquidated

Austin, TX 78701-2857

☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred   _____

**Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __

☑ No

☐ Yes

---

**3.147** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | __unknown__
*Check all that apply.*

Zensar, Inc

☑ Contingent

55 W Monroe St Ste 1200

☐ Unliquidated

Chicago, IL 60603-5127

☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred   _____

**Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __

☑ No

☐ Yes

---

**3.148** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | __unknown__
*Check all that apply.*

Zoom

☑ Contingent

55 Almaden Blvd Ste 400

☐ Unliquidated

San Jose, CA 95113-1611

☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred   _____

**Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __

☑ No

☐ Yes

---

Debtor   **Aquilon Energy Services, Inc.**
Name

Case number *(if known)* _____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  | **Total of claim amounts** |
|---|---|

5a.   **Total claims from Part 1**   5a.   $348,258.27

5b.   **Total claims from Part 2**   5b.   **+**   $365,993.25

5c.   **Total of Parts 1 and 2**   5c.   $714,251.52
Lines 5a + 5b = 5c.

Fill in this information to identify the case:

Debtor name           Aquilon Energy Services, Inc.

United States Bankruptcy Court for the:
               Southern District of Texas

Case number (if known): _____ Chapter ___7___

☐ Check if this is an
   amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases         12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. Does the debtor have any executory contracts or unexpired leases?

    ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

    ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest — Leased space / Contract to be REJECTED<br><br>State the term remaining — 21 months<br><br>List the contract number of any government contract — | Cameron Management<br><br>808 Travis St Ste 102<br><br>Houston, TX 77002-5775 |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest — Leased space / Contract to be REJECTED<br><br>State the term remaining — 20 months<br><br>List the contract number of any government contract — | Millbrook Lisle<br><br>1001 Warrenville Rd<br><br>Lisle, IL 60532-1391 |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest —<br><br>State the term remaining —<br><br>List the contract number of any government contract — | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest —<br><br>State the term remaining —<br><br>List the contract number of any government contract — | |
| **2.5** State what the contract or lease is for and the nature of the debtor's interest —<br><br>State the term remaining —<br><br>List the contract number of any government contract — | |

Fill in this information to identify the case:

Debtor name     Aquilon Energy Services, Inc.

United States Bankruptcy Court for the:

Southern District of Texas

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | Street _____<br>_____<br>City _____ State ___ ZIP Code ___ | | |
| 2.2 _____ | Street _____<br>_____<br>City _____ State ___ ZIP Code ___ | | |
| 2.3 _____ | Street _____<br>_____<br>City _____ State ___ ZIP Code ___ | | |
| 2.4 _____ | Street _____<br>_____<br>City _____ State ___ ZIP Code ___ | | |
| 2.5 _____ | Street _____<br>_____<br>City _____ State ___ ZIP Code ___ | | |

Debtor    Aquilon Energy Services, Inc.              Case number *(if known)* _____
       Name

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.6 _____ | Street _____<br><br>_____<br><br>City      State    ZIP Code | | |

Fill in this information to identify the case:

Debtor name        Aquilon Energy Services, Inc.

United States Bankruptcy Court for the:
       Southern District of Texas

Case number (if known): _____ Chapter ___7___

☐ Check if this is an
    amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1:** Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real Property:**

      Copy line 88 from *Schedule A/B*...................................................................................................

| $0.00 |
|---:|

    1b. **Total personal property:**

      Copy line 91A from *Schedule A/B*...............................................................................................

| $127,759.45 |
|---:|

    1c. **Total of all property:**

      Copy line 92 from *Schedule A/B*.................................................................................................

| $127,759.45 |
|---:|

**Part 2:** Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

| $0.00 |
|---:|

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**

      Copy the total claims from Part 1 from line 5a of *Schedule E/F*......................................................

| $348,258.27 |
|---:|

    3b. **Total amount of claims of non-priority amount of unsecured claims:**

      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................

| + | $365,993.25 |
|---|---:|

4. **Total liabilities**....................................................................................................................

Lines 2 + 3a + 3b

| $714,251.52 |
|---:|

Fill in this information to identify the case:

Debtor name          Aquilon Energy Services, Inc.

United States Bankruptcy Court for the:

         Southern District of Texas

Case number (if known): _____

❑ Check if this is an amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

**12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

❑   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

❑   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

❑   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

❑   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

❑   *Schedule H: Codebtors* (Official Form 206H)

❑   *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

❑   *Amended Schedule* _____

❑   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

❑   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   <u>05/03/2021</u>          **X**   <u>/s/ Randy Wilson</u>
           MM/   DD/   YYYY                Signature of individual signing on behalf of debtor

                                             <u>Randy Wilson</u>
                                             Printed name

                                             <u>Chief Executive Officer</u>
                                             Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name _____Aquilon Energy Services, Inc._____

United States Bankruptcy Court for the:
_____Southern District of Texas_____

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:   Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From 01/01/2021 to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $122,766.53 |
| For prior year: | From 01/01/2020 to 12/31/2020<br>MM/ DD/ YYYY      MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $624,067.95 |
| For the year before that: | From 01/01/2019 to 12/31/2019<br>MM/ DD/ YYYY      MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $572,928.15 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From 01/01/2021 to Filing date<br>MM/ DD/ YYYY | Discounts | $52.76 |
| For prior year: | From 01/01/2020 to 12/31/2020<br>MM/ DD/ YYYY      MM/ DD/ YYYY | Discounts | $97.98 |
| | | Non-refundable deposit | $400,000.00 |
| | | **Total Gross Revenue:** | $400,097.98 |

Debtor    Aquilon Energy Services, Inc.                            Case number *(if known)* _____
        Name

| For the year before that: | From | 01/01/2019 | to | 12/31/2019 | Interest | $693.00 |
|---|---|---|---|---|---|---|
| | | MM/ DD/ YYYY | | MM/ DD/ YYYY | | |

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.  All Savers Health Plans and Services<br>Creditor's name<br><br>600 N Pearl St Ste 2000<br>Street<br><br><br>Dallas, TX 75201-2896<br>City      State    ZIP Code | 2/3/2021<br><br>3/3/2021 | $41,295.84 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  Employee health insurance |
| 3.2.  CT Corporation<br>Creditor's name<br><br>Po Box 4349<br>Street<br><br><br>Carol Stream, IL 60197-4349<br>City      State    ZIP Code | 3/3/2021 | $10,368.39 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  Franchise taxes |
| 3.3.  Michael Best & Friedrich, LLC<br>Creditor's name<br><br>Po Box 88462<br>Street<br><br><br>Milwaukee, WI 53288-8462<br>City      State    ZIP Code | 3/4/2021<br><br>3/17/2021<br><br>3/31/2021 | $53,708.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other |
| 3.4.  Silicon Valley Bank<br>Creditor's name<br><br>Po Box 660254<br>Street<br><br><br>Dallas, TX 75266-0254<br>City      State    ZIP Code | 2/26/2021<br><br>3/26/2021 | $9,364.01 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
| 3.5.  Texas Comptroller of Public Accounts<br>Creditor's name<br><br>111 East 17th Street<br>Street<br><br><br>Austin, TX 78774<br>City      State    ZIP Code | 3/2/2021<br><br>3/24/2021<br><br>4/15/2021<br><br>4/15/2021 | $8,072.25 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  Taxes |

Debtor      Aquilon Energy Services, Inc.                                    Case number *(if known)*
            Name

3.6.  CCM-Cameron Esperson Owner, LP        2/11/2021        $11,305.00     ☐ Secured debt
      Creditor's name                                                       ☐ Unsecured loan repayments
      808 Travis St Ste 102                                                 ☐ Suppliers or vendors
      Street                                                                ☐ Services
                                                                           ☑ Other  Rent
      Houston, TX 77002-5775
      City            State     ZIP Code

3.7.  HCL America Inc                       02/02/2021       $32,475.00     ☐ Secured debt
      Creditor's name                                                       ☐ Unsecured loan repayments
      330 Potrero Ave                                                       ☐ Suppliers or vendors
      Street                                                                ☑ Services
                                                                           ☐ Other
      Sunnyvale, CA 94085-4113
      City            State     ZIP Code

3.8.  HoganTaylor LLP                       2/11/2021        $53,595.00     ☐ Secured debt
      Creditor's name                                                       ☐ Unsecured loan repayments
      2222 S Utica Pl Ste 200               3/9/2021                        ☐ Suppliers or vendors
      Street                                3/18/2021                       ☑ Services
                                                                           ☐ Other
      Tulsa, OK 74114-7013                  3/25/2021
      City            State     ZIP Code

3.9.  Lochman Krane International, Inc       2/11/2021        $16,881.20     ☐ Secured debt
      Creditor's name                                                       ☐ Unsecured loan repayments
      205 E Butterfield Rd Pmb 300          3/22/2021                       ☐ Suppliers or vendors
      Street                                                                ☑ Services
                                                                           ☐ Other
      Elmhurst, IL 60126-7200
      City            State     ZIP Code

3.10. Microsoft Corporation                 2/11/2021        $50,935.46     ☐ Secured debt
      Creditor's name                                                       ☐ Unsecured loan repayments
      1950 N Stemmons Fwy Ste 5010          3/22/2021                       ☑ Suppliers or vendors
      Street                                                                ☐ Services
      LB #842467                                                            ☐ Other
      Dallas, TX 75207-3199
      City            State     ZIP Code

3.11. Stinnett & Associates                 2/11/2021        $11,200.00     ☐ Secured debt
      Creditor's name                                                       ☐ Unsecured loan repayments
      111 E 17th St                                                         ☐ Suppliers or vendors
      Street                                                                ☑ Services
                                                                           ☐ Other
      Tulsa, OK 74119
      City            State     ZIP Code

3.12. Namely, Inc                           4/1/2021         $13,206.00     ☐ Secured debt
      Creditor's name                                                       ☐ Unsecured loan repayments
      Dept Ch 17603                                                         ☐ Suppliers or vendors
      Street                                                                ☐ Services
                                                                           ☑ Other  Services-Outsourced payroll
      Palatine, IL 60055-7603
      City            State     ZIP Code

| Debtor | Aquilon Energy Services, Inc. | | | Case number *(if known)* |
|---|---|---|---|---|
| | Name | | | |

3.13. CoverWallet Inc
Creditor's name

Po Box 22395
Street

New York, NY 10087-0001
City               State        ZIP Code

| 4/9/2021 | | $61,012.50 |
| 4/15/2021 | | |
| 4/28/2021 | | |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other  D&O Insurance: run-off policy

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  Randy Wilson | semi-monthly | $375,000.00 | Salary paid semi-monthly |
| Creditor's name | | | |
| 206 Reinerman St | | | |
| Street | | | |
| | | | |
| Houston, TX 77007-7229 | | | |
| City               State        ZIP Code | | | |
| **Relationship to debtor** | | | |
| | | | |
| 4.2.  Donald Kobetsky | semi-monthly | $180,000.00 | Salary paid semi-monthly |
| Creditor's name | | | |
| 808 Travis St Ste 400 | | | |
| Street | | | |
| | | | |
| Houston, TX 77002-5791 | | | |
| City               State        ZIP Code | | | |
| **Relationship to debtor** | | | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. | | | |
| Creditor's name | | | |
| | | | |
| Street | | | |
| | | | |
| City               State        ZIP Code | | | |

Debtor ___Aquilon Energy Services, Inc._____     Case number *(if known)* _____
　　　　　Name

## 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 5.1. Millbrook Lisle<br>Creditor's name<br><br>1001 Warrenville Rd<br>Street<br><br><br>Lisle, IL 60532-1391<br>City　　　　　State　　ZIP Code | Security Deposit<br><br>XXXX– ___ ___ ___ ___ | unknown | $45,000.00 |

<div style="background:black; color:white"><strong>Part 3:</strong> Legal Actions or Assignments</div>

## 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity —within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. Millbrook Lisle 1001 LLC vs.<br>Aquiloan Energy Services, Inc | Disputed Lease | DuPage County<br>Name<br><br>505 N County Farm Rd<br>Street<br><br><br>Wheaton, IL 60187-3907<br>City　　　　State　　ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| **Case number**<br>2021L000230 | | | |

## 8. Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. Custodian's name and address | Description of the property | Value |
|---|---|---|
| <br>Custodian's name<br><br>Street<br><br><br>City　　　　　State　　ZIP Code | **Case title**<br><br>**Case number**<br><br>**Date of order or assignment** | **Court name and address**<br>Name<br><br>Street<br><br><br>City　　　　　State　　ZIP Code |

<div style="background:black; color:white"><strong>Part 4:</strong> Certain Gifts and Charitable Contributions</div>

## 9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

| Debtor | Aquilon Energy Services, Inc. | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|

Recipient's name

Street

| City | State | ZIP Code |

**Recipient's relationship to debtor**

---

## Part 5:   Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1. | | | |

---

## Part 6:   Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | Byman & Associates, PLLC | Attorney's Fee | 3/16/2021 | $10,000.00 |
| | **Address** | | | |
| | 7924 Broadway Suite 104<br>Street | | | |
| | Pearland, TX 77581<br>City                State      ZIP Code | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

---

Debtor    Aquilon Energy Services, Inc.                                    Case number *(if known)* _____
          Name

| 11.2. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | Michael Best & Friedrich, LLC | | 2/2021 | $30,387.03 |
| | **Address** | | | |
| | Po Box 88462 | | | |
| | Street | | | |
| | | | | |
| | Milwaukee, WI 53288-8462 | | | |
| | City          State     ZIP Code | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |
| | | | | |

| 11.3. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | HoganTaylor LLP | | 3/2021-4/2021 | $14,500.00 |
| | **Address** | | | |
| | 2222 S Utica Pl Ste 200 | | | |
| | Street | | | |
| | | | | |
| | Tulsa, OK 74114-7013 | | | |
| | City          State     ZIP Code | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |
| | | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | **Trustee** | | | |
| | | | | |

Debtor    Aquilon Energy Services, Inc.                                    Case number *(if known)*
          Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | Bruce Power | License for use of TBOP Application | 4/2020 | $125,000.00 |
| | **Address** | | | |
| | 177 Tie Road | | | |
| | Street | | | |
| | Tiverton, Ontario N0G2T0, | | | |
| | City                State      ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | Customer | | | |

| 13.2. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | BP Energy Services | Copy of core Aquilon software provided in exchange for $400K investment to fund operations as BP performed due diligence | 3/2020 | (Unknown) |
| | **Address** | | | |
| | 201 Helios Way | | | |
| | Street | | | |
| | Houston, TX 77079-2678 | | | |
| | City                State      ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | Potential investor | | | |

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. 1001 Warrenville Rd | From   3/2012   To   4/2020 |
| Street | |
| 1001 Warrenville Rd | |
| Lisle, IL 60532-1391 | |
| City                State      ZIP Code | |

| Part 8: | Health Care Bankruptcies |
|---|---|

Debtor ___Aquilon Energy Services, Inc._____      Case number *(if known)* _____
      Name

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name | _____ | _____ |
| _____<br>Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| _____<br>City     State   ZIP Code | _____<br>_____ | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |

---

**Part 9:** Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☑ Yes. State the nature of the information collected and retained.  Tax and payment information _____

    Does the debtor have a privacy policy about that information?
    ☐ No
    ☑ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☑ Yes. Does the debtor serve as plan administrator?
    ☐ No. Go to Part 10.
    ☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| ADP 401k Plan number 226540 | EIN: _4_ _5_ – _5_ _5_ _9_ _3_ _2_ _0_ _2_ |

    Has the plan been terminated?
    ☐ No
    ☑ Yes

---

**Part 10:** Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

Debtor ___Aquilon Energy Services, Inc._____     Case number *(if known)* _____
       Name

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 _____<br>Name<br><br>_____<br>Street<br><br>_____<br>City   State   ZIP Code | XXXX– ___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other<br>_____ | _____ | _____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br>_____<br>Street<br><br>_____<br>City   State   ZIP Code | _____<br>_____<br>_____<br>**Address**<br>_____<br>_____ | _____<br>_____<br>_____<br>_____<br>_____ | ☐ No<br><br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br>_____<br>Street<br><br>_____<br>City   State   ZIP Code | _____<br>_____<br>_____<br>**Address**<br>_____<br>_____ | _____<br>_____<br>_____<br>_____<br>_____ | ☐ No<br><br>☐ Yes |

**Part 11:**  Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

Debtor     Aquilon Energy Services, Inc.                                    Case number *(if known)* _____
           Name

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Name | | | |
| Street | | | |
| City          State     ZIP Code | | | |

## Part 12:  Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.
☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City          State     ZIP Code | | |

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**
☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State     ZIP Code | City          State     ZIP Code | | |

**24.  Has the debtor notified any governmental unit of any release of hazardous material?**
☑ No
☐ Yes. Provide details below.

Debtor    Aquilon Energy Services, Inc.                                              Case number *(if known)* _____
           Name

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ Name | _____ Name | _____ | _____ |
| _____ Street | _____ Street | _____ | |
| _____ | _____ | _____ | |
| _____ City          State     ZIP Code | _____ City          State     ZIP Code | | |

### Part 13:  Details About the Debtor's Business or Connections to Any Business

**25.  Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1.   Aquilon Energy Services LTD _____ Name _____ Street _____ _____ City          State     ZIP Code | _____ | EIN:   8  4  –  2  6  7  8  8  2 **Dates business existed** From _____  To _____ |

**26.  Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1.  HoganTaylor LLP _____ Name  2222 S Utica Pl Ste 200 _____ Street _____  Tulsa, OK 74114-7013 _____ City                State          ZIP Code | From  2020 _____  To  2021 _____ |

| Name and address | Dates of service |
|---|---|
| 26a.2.  Dugan & Lopatka CPAs _____ Name  4320 Winfield Rd Ste 450 _____ Street _____  Warrenville, IL 60555-4036 _____ City                State          ZIP Code | From  2012 _____  To  2021 _____ |

Debtor    Aquilon Energy Services, Inc.                   Case number *(if known)* _____
           Name

| Name and address | Dates of service |
|---|---|
| **26a.3.**   Anna Dynia CPA, LLC<br>Name<br><br>20 Danada Sq W Unit 120<br>Street<br><br>Wheaton, IL 60189-2000<br>City       State       ZIP Code | From _____ To 2020 |

| Name and address | Dates of service |
|---|---|
| **26a.4.**   Jack Kendryna<br>Name<br><br>808 Travis St Ste 400<br>Street<br><br>Houston, TX 77002-5791<br>City       State       ZIP Code | From 2018 To 2020 |

**26b.**   List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| **26b.1.**   HoganTaylor LLP<br>Name<br><br>2222 S Utica Pl Ste 200<br>Street<br><br>Tulsa, OK 74114-7013<br>City       State       ZIP Code | From 2020 To 2021 |

| Name and address | Dates of service |
|---|---|
| **26b.2.**   Dugan & Lopatka CPAs<br>Name<br><br>4320 Winfield Rd Ste 450<br>Street<br><br>Warrenville, IL 60555-4036<br>City       State       ZIP Code | From 2012 To 2021 |

| Name and address | Dates of service |
|---|---|
| **26b.3.**   Anna Dynia CPA, LLC<br>Name<br><br>20 Danada Sq W Unit 120<br>Street<br><br>Wheaton, IL 60189-2000<br>City       State       ZIP Code | From _____ To 2020 |

**26c.**   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

Debtor     Aquilon Energy Services, Inc.                               Case number *(if known)* _____
            Name

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | HoganTaylor LLP<br>Name<br>2222 S Utica Pl Ste 200<br>Street<br><br>Tulsa, OK 74114-7013<br>City      State      ZIP Code | _____<br>_____<br>_____ |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| | Name and address |
|---|---|
| 26d.1. | BP Energy Company<br>Name<br>201 Helios Way<br>Street<br><br>Houston, TX 77079-2678<br>City      State      ZIP Code |
| 26d.2. | J. Aron & Company LLC<br>Name<br>200 West St<br>Street<br><br>New York, NY 10282-2102<br>City      State      ZIP Code |
| 26d.3. | Macquarie Energy LLC<br>Name<br>500 Dallas St Ste 3200<br>Street<br><br>Houston, TX 77002-4804<br>City      State      ZIP Code |
| 26d.4. | Morgan Stanley Capital Group Inc<br>Name<br>1585 Broadway<br>Street<br><br>New York, NY 10036<br>City      State      ZIP Code |

Debtor     Aquilon Energy Services, Inc.                                    Case number *(if known)*
           Name

| Name and address |
| --- |

26d.5.   Citigroup Energy, Inc.
         Name
         2700 Post Oak Ste 400
         Street

         Houston, TX 77056
         City                          State              ZIP Code

| Name and address |
| --- |

26d.6.   VAKT
         Name
         1 Canada Square Floor 24
         Street

         London, England E14 5AB,
         City                          State              ZIP Code

| Name and address |
| --- |

26d.7.   KOMGO
         Name
         20 Rue Adrien-Lachenal 1207
         Street

         Geneva Switzerland,
         City                          State              ZIP Code

| Name and address |
| --- |

26d.8.   ION Group
         Name
         1221 Lamar St Ste 500
         Street

         Houston, TX 77010-3109
         City                          State              ZIP Code

| Name and address |
| --- |

26d.9.   EKA Software ICE
         Name
         101 Merritt 7 Corporate Park Suite 300
         Street

         Norwalk, CT 06851
         City                          State              ZIP Code

| Name and address |
| --- |

26d.10.  SS&C
         Name
         80 Lamberton Rd
         Street

         Windsor, CT 06095-2136
         City                          State              ZIP Code

Debtor   Aquilon Energy Services, Inc.                                    Case number *(if known)*
         Name

| Name and address |
| --- |

26d.11.  Capspire
         Name
         15810 Park Ten Pl Ste 170
         Street

         Houston, TX 77084-5140
         City                          State          ZIP Code

| Name and address |
| --- |

26d.12.  SVD Capital
         Name
         2925 Woodside Rd
         Street

         Woodside, CA 94062-2443
         City                          State          ZIP Code

| Name and address |
| --- |

26d.13.  Trilogy
         Name
         332 6 Ave SW
         Street

         Calgary Alberta Canada AB T2P 0B2,
         City                          State          ZIP Code

| Name and address |
| --- |

26d.14.  Energy One
         Name
         Level 13, 77 Pacific Highway
         Street

         North Sydney NSW 2060,
         City                          State          ZIP Code

| Name and address |
| --- |

26d.15.  Whipstick Ventures
         Name
         121 High Ridge Ave
         Street

         Ridgefield, CT 06877-4402
         City                          State          ZIP Code

| Name and address |
| --- |

26d.16.  Trellis
         Name
         33 New Montgomery St Ste 850
         Street

         San Francisco, CA 94105-4539
         City                          State          ZIP Code

Debtor     Aquilon Energy Services, Inc.                                      Case number *(if known)*
           Name

| Name and address |
|---|

26d.17.   Mobius
          Name

          5847 San Felipe St Ste 2502
          Street


          Houston, TX 77057-3263
          City                                    State                    ZIP Code

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
|  |  |  |

| Name and address of the person who has possession of inventory records |
|---|

27.1.
          Name


          Street


          City                                    State                    ZIP Code

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Bhagesh Malde | 151 W 42nd St New York, NY 10036-6563 | Director, | 0.00 % |
| Jeremy Novak | 530 E 90th St Apt 4D New York, NY 10128-7914 | Director, | 0.00 % |
| Ben McDonald | 530 E 90th St Apt 4D New York, NY 10128-7914 | Director, | 0.00 % |
| Randy Wilson | 808 Travis St Ste 400 Houston, TX 77002-5791 | Officer, | 0.00 % |
| Don Kobetsky | 808 Travis St Ste 400 Houston, TX 77002-5791 | Officer, | 0.00 % |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No

☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Bill Hartnet - Citi | 388 Greenwich St New York, NY 10013-2362 | Director, | From 8/2017 <br> To 5/2020 |
| Charles Bayless | 301 Woodbine Ave Narberth, PA 19072-1912 | Director, | From 8/2017 <br> To 5/2020 |

Debtor ___Aquilon Energy Services, Inc._____    Case number (if known) _____
        Name

| Michael Egan | 911 Euclid Ave Winnetka, IL 60093 | Officer, $250,000 | From 8/2017 |
|---|---|---|---|
| | | | To 5/2020 |
| Frank Egan | 151 W 42nd St New York, NY 10036 | Director, $250,000 | From 8/2017 |
| | | | To 5/2020 |
| Sarita Mandanna | 17 Prince Arthur St Toronto, Ontario, Canada | Director, | From 8/2017 |
| | | | To 5/2020 |
| Juan Muldoon - Energize Ventures | 1 S Wacker Dr Ste 1620 Chicago, IL 60606-4671 | Director, | From 1/2020 |
| | | | To 5/2020 |
| Sam McNair - Macquarie | 333 Clay St Ste 4200 Houston, TX 77002-4006 | Director, | From 8/2017 |
| | | | To 5/2020 |
| Georgia Watson - Goldman Sachs | 122 Fleet St London, UK EC4A2BB | Director, | From 8/2017 |
| | | | To 5/2020 |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Randy Wilson<br>Name<br>808 Travis St Ste 400<br>Street<br>Houston, TX 77002-5791<br>City            State       ZIP Code | $375,000.00 | Annual | Salary paid<br>semi-monthly |
| **Relationship to debtor** | | | |
| Chief Executive Officer | | | |
| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| 30.2. Donald Kobetsky<br>Name<br>808 Travis St Ste 400<br>Street<br>Houston, TX 77002-5791<br>City            State       ZIP Code | $180,000.00 | Annual | Salary paid<br>semi-monthly |
| **Relationship to debtor** | | | |
| Chief Technology Officer | | | |

Debtor      Aquilon Energy Services, Inc.                                    Case number *(if known)* _____
                 Name

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ |

## Part 14:  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____05/03/2021_____
                        MM/  DD/  YYYY

**X**  /s/ Randy Wilson _____
          Signature of individual signing on behalf of the debtor

Position or relationship to debtor
      Chief Executive Officer

Printed name _____Randy Wilson_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No

☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of Texas

**In re**    Aquilon Energy Services, Inc.

Case No. _____

**Debtor**

Chapter _____ 7 _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept .......................................................................    $10,000.00

   Prior to the filing of this statement I have received ...........................................................    $10,000.00

   Balance Due ....................................................................................................................    $0.00

2.    The source of the compensation paid to me was:

   ☑ Debtor          ☐ Other (specify)

3.    The source of compensation to be paid to me is:

   ☑ Debtor          ☐ Other (specify)

4.    ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.    Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b.    Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

   representation of the Client in any other matters following the bankruptcy case filing
   including contested matters, adversary proceedings, 2004 examinations or
   similar discovery.

B2030 (Form 2030) (12/15)

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| 05/03/2021 | /s/ Randy Williams |
| *Date* | Randy Williams |
| | *Signature of Attorney* |

<div align="right">

Bar Number: 21566850
Byman & Associates, PLLC
7924 Broadway Suite 104
Pearland, TX 77581
Phone: (281) 884-9269

</div>

Byman & Associates, PLLC
*Name of law firm*

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE: **Aquilon Energy Services, Inc.**

CASE NO

CHAPTER **7**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date _____05/03/2021_____      Signature _____ /s/ Randy Wilson _____
Randy Wilson, Chief Executive Officer

A Super Shine
Alba S Godoy
Po Box 550863
Houston, TX 77255-0863

ADP
1 Adp Blvd
Roseland, NJ 07068-1728

Advent Systems, Inc.
435 W Fullerton Ave
Elmhurst, IL 60126-1404

All Savers Health Plans and
Services
3100 Ams Blvd
Green Bay, WI 54313-9700

Allegro Development
Corporation
600 N Pearl St Ste 2000
Dallas, TX 75201-2822

American Airlines, Inc
AAirpass Customer Service - MD4106
4255 Amon Carter Blvd
Fort Worth, TX 76155-2603

Anna Dynia CPA, LLC
20 Danada Sq W Unit 120
Wheaton, IL 60189-2000

Aon Risk Services Central,
Inc.
75 Remittance Dr Dept 1926
Chicago, IL 60675-1926

Arch Insurance Company
210 Hudson St Ste 300
Jersey City, NJ 07311-1206


Atlassian
1098 Harrison St
San Francisco, CA 94103-4521


Bank of America NA
20 Greenway Plz Ste 700
Houston, TX 77046-2006


BlueCross BlueShield of
Illinois
Health Care Service Corporation
25550 Network Pl
Chicago, IL 60673-1255

BMD Consulting
Po Box 40249
Austin, TX 78704-0005


Bruce Power LP
Bldg 1540, Bldg B10
177 Tie Road
Kincardine, ON, Canada N06 2T0


Cameron Management
808 Travis St Ste 102
Houston, TX 77002-5775


Canteen Refreshment
Services
Division of Compass Group
940 Lively Blvd
Wood Dale, IL 60191-1204

CCM-Cameron Esperson
Owner, LP
808 Travis St Ste 102
Houston, TX 77002-5775

Centerpoint Energy Services
Inc
Po Box 1374
Houston, TX 77251-1374

Century Link
Executive Plaza III
11350 Mccormick Rd Ste 800
Hunt Valley, MD 21031-1002

Certify, Inc.
Po Box 780965
Philadelphia, PA 19178-0965

Charles Bayless Arizona
7300 N Sunset Canyon Dr
Tucson, AZ 85718-1258

Charles Bayless NC
403 Tuttle Rd
Durham, NC 27703-8386

CIMA Energy LP
1221 Mckinney St Ste 3700
Houston, TX 77010-2046

Citadel Americas LLC
131 S Dearborn St
Chicago, IL 60603-5517

Citigroup Energy, Inc.
2700 Post Oak Ste 400
Houston, TX 77056


City of Chicago
22149 Network Pl
Chicago, IL 60673-1221


Clear Investigative
2801 Network Blvd #101
Frisco, TX 75034


Cogent Communications, Inc.
PO Box 791087
Baltimore, MD 21279-1087


Comcast Business
Po Box 37601
Philadelphia, PA 19101-0601


Comcast Inc
Po Box 3001
Southeastern, PA 19398-3001


ComEd, Inc.
Po Box 6111
Carol Stream, IL 60197-6111


Committee of Chief Risk
Officers, Inc.
8000 Research Forest Dr Ste 115 #278
The Woodlands, TX 77382-1506

Commodity Risk Advisors, LLC
6010 Blossom St
Houston, TX 77007-5002


Commodity Technology
Advisory LLC
19901 Southwest Fwy Ste 140
Sugar Land, TX 77479-6538


Concurrency, Inc.
13600 Bishops Ct
Brookfield, WI 53005-6211


CoverWallet Inc
Po Box 22395
New York, NY 10087-0001


CT Corporation
Po Box 4349
Carol Stream, IL 60197-4349


Delaware Secretary of State
Division of Corporations
Po Box 5509
Binghamton, NY 13902-5509


Delta Dental of Illinois-Risk
Po Box 804067
Chicago, IL 60680-4067


Docusign
221 Main St Ste 1550
San Francisco, CA 94105-1947

Dropbox
1800 Owens St Ste 200
San Francisco, CA 94158-2381

Dugan & Lopatka CPAs
4320 Winfield Rd Ste 450
Warrenville, IL 60555-4036

Ector County Energy Center
LLC
1 S Wacker Dr Ste 1800
Chicago, IL 60606-4630

Energize Ventures
1 S Wacker Dr Ste 1620
Chicago, IL 60606-4671

ENGIE Energy Marketing NA,
Inc
1990 Post Oak Blvd Ste 1900
Houston, TX 77056-3831

ENI Trading and Shipping Inc
1200 Smith St Ste 1707
Houston, TX 77002-4372

Ernst & Young U.S. LLP
3712 Solutions Ctr
Chicago, IL 60677-3007

eShares, Inc.
195 Page Mill Rd Ste 101
Palo Alto, CA 94306-2073

Eye Med
Fidelity Security Life Insurance Co.
Po Box 632530
Cincinnati, OH 45263-2530


Francis X. Egan
1142 Ash St
Winnetka, IL 60093-2104


Go Daddy
14455 N Hayden Rd
Scottsdale, AZ 85260-6993


Goldman Sachs Principal
Strategic Investments
200 West St
New York, NY 10282-2102


HALOCK Security Labs
Remington Associates, Ltd
1834 Walden Office Sq Ste 200
Schaumburg, IL 60173-4296


Hart Energy
1616 S Voss Rd Ste 1000
Houston, TX 77057-2641


HCL America Inc
330 Potrero Ave
Sunnyvale, CA 94085-4113


HoganTaylor LLP
2222 S Utica Pl Ste 200
Tulsa, OK 74114-7013

HubSpot, Inc
Po Box 419842
Boston, MA 02241-9842

IBM Corporation
Po Box 643600
Pittsburgh, PA 15264-3600

Indianapolis Power & Light
Company
1 Monument Cir
Indianapolis, IN 46202

Infinity Consulting Solutions,
Inc
462 7th Ave Fl 2
New York, NY 10018-7847

International Materials Inc
327 Plaza Royal
Boca Raton, FL 33432

Invenergy Nelson LLC
1 S Wacker Dr Ste 1800
Chicago, IL 60606-4630

IP Successor Fund 21 LP
1143 Ash St
Winnetka, IL 60093-2103

J. Aron & Company LLC
200 W Street
New York, NY 10282

JAM UK Trading Ltd
Unit 25 Boxted Business Park
Berlkhamated Rd
Hemel Hempstead, UK


Jazz HR
1501 Reedsdale St Ste 403
Pittsburgh, PA 15233-2306


Jet Brains
989 E Hillsdale Blvd Ste 200
Foster City, CA 94404-2189


John W Egan
1264 Forest Glen Dr N
Winnetka, IL 60093-1423


K2 Commodities LLC
1125 17th St
Denver, CO 80202-2025


Knight Security Systems, LLC
Po Box 543292
Dallas, TX 75354-3292


KPMG LLP
Po Box 120511 Dept 0511
Dallas, TX 75312-0511


Linkedin Corporation
62228 Collections Center Dr
Chicago, IL 60693-0001

Live Chat
101 Arch St Fl 8
Boston, MA 02110-7500

Lochman Krane International, Inc
205 E Butterfield Rd Pmb 300
Elmhurst, IL 60126-7200

LOGIX Communications, LP
Po Box 3608
Houston, TX 77253-3608

Macquarie Energy LLC
500 Dallas St Ste 3200
Houston, TX 77002-4804

Macquarie Energy LLC
500 Dallas St Ste 3300
Houston, TX 77002-4719

Mansfield Oil Company
1025 Airport Pkwy
Gainesville, GA 30501-6813

McMillan LLP
Brookfield Place
181 Bay Street Suite 4400
Toronto, Ontario, Canada M5J 2T3

Merchology
121 Cheshire Ln N Ste 100
Minneapolis , MN 55305

Michael Best & Friedrich, LLC
Po Box 88462
Milwaukee, WI 53288-8462


Michael E Egan
911 Euclid Ave
Winnetka, IL 60093-1417


Microsoft Corporation
LB #842467
1950 N Stemmons Fwy Ste 5010
Dallas, TX 75207-3199


Millbrook Lisle
1001 Warrenville Rd
Lisle, IL 60532-1391


Millbrook Lisle 1001, LLC
485 E Half Day Rd Ste 220
Buffalo Grove, IL 60089-8806


Mitsui & Co. Energy Marketing
and Services (usa), Inc.
1300 Post Oak Blvd Ste 1700
Houston, TX 77056-3081


Modis
Dept Ch 10682
Palatine, IL 60055-0001


Monaco
205 E 42nd St Fl 14
New York, NY 10017-5752

Morgan Stanley Capital Group
Inc
1585 Broadway
New York, NY 10036


MRE Consulting Ltd
3800 Buffalo Speedway Ste 200
Houston, TX 77098-3725


Murray Family Group
11 Kent Rd
Winnetka, IL 60093-1815


MyOfficeProducts LLC
Po Box 32193
New York, NY 10087-3193


Namely, Inc
Dept Ch 17603
Palatine, IL 60055-7603


Nationwide TFS
500 N Broadway Ste 240
Jericho, NY 11753-2111


Net Firms
10 Corporate Dr Ste 300
Burlington, MA 01803-4200


New Jersey Division of
Taxation
Po Box 666
Trenton, NJ 08646-0666

North American Energy
Standards Board
801 Travis St Ste 1675
Houston, TX 77002-5777


Notarize Inc
1 Marina Park Dr
Boston, MA 02210-1832


NYC Department of Finance
Po Box 3933
New York, NY 10008-3933


Objective Paradigm Inc
223 W Jackson Blvd Ste 950
Chicago, IL 60606-6979


Origin LLC
813 Greenleaf St Ste 1
Evanston, IL 60202-1333


Partners Electric Services
7303 Windfern Rd Ste 200
Houston, TX 77040-2312


Peter S Egan
550 Ash St
Winnetka, IL 60093-2662


Platinum Parking
930 Main St Ste T280
Houston, TX 77002-6224

Powar Energy Inc
1510 S Humboldt St
Denver, CO 80210-2832


PR Newswire Association LLC
Po Box 5897
New York, NY 10087-5897


Prestige Staffing
8010 Roswell Rd Ste 330
Atlanta, GA 30350-7014


Professional Decorating &
Painting Inc
7149 N Austin Ave
Niles, IL 60714-4617


Publicis Sapient
Po Box 4886
Boston, MA 02212-4886


R. Michael Murray Jr
Rebecca Murray
11 Kent Road
Winnetka, IL 60093


R.L. Wolff & Associates
2138 Richmond Ave
Houston, TX 77098-3327


Randy Wilson
206 Reinerman St
Houston, TX 77007-7229

Redgate
144 W Colorado Blvd Ste 200
Pasadena, CA 91105-1953

ReedSmith LLP
2672 Paysphere Circle
Chicago, IL 60674-0001

RingCentral, Inc.
20 Davis Dr
Belmont, CA 94002-3002

Rival Colour Limited
Unit 1 Centre Business Park
53 Norman Road
Greenwich, London, UK SE10 9QF

Romero Creative and
Marketing LLC
1334 Brittmoore Rd Ste 1314
Houston, TX 77043-4035

Sage Intacct, Inc
Po Box 123237 Dept 3237
Dallas, TX 75312-3237

Salesforce.com Inc
Po Box 203141
Dallas, TX 75320-3141

Schumacher Cargo
550 W 135th St
Gardena, CA 90248-1506

Secretary of State
Department of Business Services
501 S 2nd St
Springfield, IL 62756-1000


Sikich LLP
1415 W Diehl Rd
Naperville, IL 60563


Silicon Valley Bank
PO Box 660254
Naperville, IL 60563


St. Clair Power LP
1 S Wacker Dr Ste 1800
Chicago, IL 60606-4630


State of California
Employment Development Department
PO Box 826215 MIC 3A
Sacramento, CA 94230-6215


State of New Jersey
Department of Employer Accounts
Po Box 929
Trenton, NJ 08646-0929


State of Texas
Comptroller of Public Accounts
111 E 17th St
Austin, TX 78774-1440


Steven Provenzano
Lyndon B Johnson State Office Building
Houston, TX 77005

Stinnett & Associates
111 E 17th St
Tulsa, OK 74119

Streng Agency
2325 Dean St
Saint Charles, IL 60175-4810

Student Engineers' Council
Tamu 3127
College Sta, TX 77843-0001

SVB Credit Card
Silicon Valley Bank
Po Box 660254
Dallas, TX 75266-0254

Symmetry Energy Solutions
1111 Louisiana St Ste B-241
Houston, TX 77002-5230

Syncfusion
2501 Aerial Center Pkwy Ste 200
Morrisville, NC 27560-7685

TechOptimus Inc
7907 S Rice Ave
Bellaire, TX 77401-5709

Telerik
14 Oak Park Dr
Bedford, MA 01730-1414

Texas Workforce Commission
Austin, TX 78778-0091

The Guardian Life Insurance
Company of America
10 Hudson Yards
New York, NY 10001-2157

The Hartford
Po Box 660916
Dallas, TX 75266-0916

The Jenkins Group Inc
300 Park Blvd Ste 250
Itasca, IL 60143-2655

The Reserves Network Inc
Po Box 373415
Cleveland, OH 44193-0001

Thomson Reuters (GRC) Inc
Po Box 412197
Boston, MA 02241-2197

Tradehelm Inc
26w155 Prestwick Ln
Winfield, IL 60190-2308

Trebloc Management &
Consulting Ltd
941 4A Street NW
Calgary, Alberta, Canada

Uniper Global commodities
North America LP
181 W Madison St Ste 3450
Chicago, IL 60602-4576

University of Houston
Bauer College of Business
4750 Calhoun Rd
Houston, TX 77204-6021

University of Houston
Cullen College of Engineering
4750 Calhoun Rd Bldg 2 E312
Houston, TX 77204-6021

Unum Life Insurance
Company of America
Po Box 406990
Atlanta, GA 30384-6990

Up Trends
1800 Nw Corporate Blvd Ste 202
Boca Raton, FL 33431-7336

Verizon Communications Inc
Po Box 25505
Lehigh Valley, PA 18002-5505

Visual Cron
NetCart AB Majv 6A 191 40
Spollentuna, Sweden

WageWorks Inc
15 W Scenic Pointe Dr Ste 100
Draper, UT 84020-6120

WeWork
222 S Riverside Plz
Chicago, IL 60606-5808


WP Engine
504 Lavaca St Ste 1000
Austin, TX 78701-2857


Zensar, Inc
55 W Monroe St Ste 1200
Chicago, IL 60603-5127


Zoom
55 Almaden Blvd Ste 400
San Jose, CA 95113-1611