**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Case  No. 21-31504 |
| | § | |
| AQUILON ENERGY SERVICES, INC. | § | |
| | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter <u>7</u> of the United States Bankruptcy Code was filed on <u>05/03/2021</u>.  The undersigned trustee was appointed on <u>05/03/2021</u>.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                                                 $20,820.19

    Funds were disbursed in the following amounts:

    | | |
    |---|---|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $12,878.17 |
    | Bank service fees | $376.50 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |

    Leaving a balance on hand of[1]                                              $7,565.52

    The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011)

6. The deadline for filing non-governmental claims in this case was <u>09/13/2021</u> and the deadline for filing government claims was <u>10/30/2021</u>. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is <u>$2,832.02</u>.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

   The trustee has received <u>$0.00</u> as interim compensation and now requests the sum of <u>$2,832.02</u>, for a total compensation of <u>$2,832.02</u>[2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of <u>$0.00</u>, and now requests reimbursement for expenses of <u>$346.61</u>, for total expenses of <u>$346.61</u>.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: <u>02/22/2023</u>                    By:   <u>/s/ Christopher R. Murray</u>
                                                    Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:   1          Exhibit A

| | |
|---|---|
| **Case No.:** | 21-31504-JPN |
| **Case Name:** | AQUILON ENERGY SERVICES, INC. |
| **For the Period Ending:** | 2/22/2023 |

| | |
|---|---|
| **Trustee Name:** | Christopher R. Murray |
| **Date Filed (f) or Converted (c):** | 05/03/2021 (f) |
| **§341(a) Meeting Date:** | 06/08/2021 |
| **Claims Bar Date:** | 09/13/2021 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 1 | Silicon Valley Bank Checking account 0340 | $16,233.71 | $16,233.71 | | $13,792.48 | FA |
| **Asset Notes:** | Turned over | | | | | |
| 2 | CIBC Checking account 7513 | $7,922.97 | $7,922.97 | | $7,027.71 | FA |
| **Asset Notes:** | Difference in funds received due to CAD/USD exchange fluctuation. | | | | | |
| 3 | Millbrook Lisle 1001 LLC | $45,000.00 | $45,000.00 | | $0.00 | FA |
| **Asset Notes:** | Counsel advises uncollectible | | | | | |
| 4 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | void; duplicate of #5 | | | | | |
| 5 | Prepayments | $31,268.96 | $31,268.96 | | $0.00 | FA |
| **Asset Notes:** | Counsel advises uncollectible | | | | | |
| 6 | accts rec: 90 days old or less $97,029.04 less doubtful or uncoll accts: $97,029.04 - 0.00 value | $0.00 | $0.00 | | $0.00 | FA |
| 7 | accts rec: Over 90 days old: $500.00 less doubtful/uncoll accts: $500.00 - 0.00 value | $0.00 | $0.00 | | $0.00 | FA |
| 8 | Office Furniture | $14,675.00 | $14,675.00 | | $0.00 | FA |
| **Asset Notes:** | No salable value | | | | | |
| 9 | Office equipment | $12,658.81 | $12,658.81 | | $0.00 | FA |
| **Asset Notes:** | No salable value | | | | | |
| 10 | US Trademark: Aquilon Network Reg No. 6,278,950 | Unknown | $1.00 | | $0.00 | FA |
| **Asset Notes:** | No salable value | | | | | |
| 11 | Customer lists (Unknown) | Unknown | $1.00 | | $0.00 | FA |
| **Asset Notes:** | No salable value | | | | | |
| 12 | IDC and Aquilon Network Software | Unknown | $1.00 | | $0.00 | FA |
| **Asset Notes:** | No salable value | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **TOTALS (Excluding unknown value)** | | $127,759.45 | $127,762.45 | | $20,820.19 | **Gross Value of Remaining Assets** $0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No:  2         Exhibit A

| | |
|---|---|
| **Case No.:** | 21-31504-JPN |
| **Case Name:** | AQUILON ENERGY SERVICES, INC. |
| **For the Period Ending:** | 2/22/2023 |

| | |
|---|---|
| **Trustee Name:** | Christopher R. Murray |
| **Date Filed (f) or Converted (c):** | 05/03/2021 (f) |
| **§341(a) Meeting Date:** | 06/08/2021 |
| **Claims Bar Date:** | 09/13/2021 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities affecting case closing:**

| | |
|---|---|
| 02/21/2023 | Wage claim processed. Ready to TFR. |
| 09/30/2022 | Tax returns in process. |
| 08/26/2022 | Assets admininstered. Need counsel fees, taxes. |
| 06/13/2022 | Suit against CIBC for deposit funds. |
| 09/26/2021 | Pursuing cash turnover; evaluating purchase offers |

**Initial Projected Date Of Final Report (TFR):**   05/31/2022        **Current Projected Date Of Final Report (TFR):**   05/31/2023

/s/ CHRISTOPHER R. MURRAY

CHRISTOPHER R. MURRAY
/s/ Christopher R. Murray

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 21-31504-JPN | | Trustee Name: | Christopher R. Murray |
|---|---|---|---|---|
| Case Name: | AQUILON ENERGY SERVICES, INC. | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***3202 | | Checking Acct #: | ******0401 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 5/3/2021 | | Blanket bond (per case limit): | $0.00 |
| For Period Ending: | 2/22/2023 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/14/2021 | (1) | Silicon Valley Bank | Cashier's check | 1129-000 | $13,792.48 | | $13,792.48 |
| 10/29/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $12.20 | $13,780.28 |
| 11/30/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $21.51 | $13,758.77 |
| 12/31/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $22.20 | $13,736.57 |
| 01/31/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $22.16 | $13,714.41 |
| 02/28/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $19.98 | $13,694.43 |
| 03/31/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $22.09 | $13,672.34 |
| 04/29/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $22.06 | $13,650.28 |
| 05/31/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $21.31 | $13,628.97 |
| 06/29/2022 | (2) | CIBC | Turnover by bank | 1129-000 | $7,027.71 | | $20,656.68 |
| 06/30/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $22.01 | $20,634.67 |
| 07/29/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $33.29 | $20,601.38 |
| 08/31/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $33.24 | $20,568.14 |
| 09/30/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $34.26 | $20,533.88 |
| 10/13/2022 | 1001 | International Sureties, LTD. | Bond Payment | 2300-000 | | $7.21 | $20,526.67 |
| 10/18/2022 | 1002 | Julie M. Koenig | First and final fees and expenses. 10172022 #23. | * | | $3,698.66 | $16,828.01 |
| | | | Cooper & Scully, PC. First and final fees. 10172022 #23. $(3,357.50) | 3210-000 | | | $16,828.01 |
| | | | Cooper & Scully, PC. First and final expenses. 10172022 #23. $(341.16) | 3220-000 | | | $16,828.01 |
| 10/31/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $29.45 | $16,798.56 |
| 11/30/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $26.23 | $16,772.33 |
| 12/15/2022 | 1003 | TPS-West LLC | Final fees and expenses. 12142022 #27. | * | | $9,172.30 | $7,600.03 |
| | | | TPS-West LLC. Final fees. 12142022 #27. $(8,811.50) | 3410-000 | | | $7,600.03 |
| | | | TPS-West LLC. Final expenses. 12142022 #27. $(360.80) | 3420-000 | | | $7,600.03 |
| 12/30/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $22.29 | $7,577.74 |
| 01/31/2023 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $12.22 | $7,565.52 |
| | | | **SUBTOTALS** | | $20,820.19 | $13,254.67 | |

Page No: 2          Exhibit B

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 21-31504-JPN | Trustee Name: | Christopher R. Murray |
|---|---|---|---|
| Case Name: | AQUILON ENERGY SERVICES, INC. | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***3202 | Checking Acct #: | ******0401 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 5/3/2021 | Blanket bond (per case limit): | $0.00 |
| For Period Ending: | 2/22/2023 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $20,820.19 | $13,254.67 | $7,565.52 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $20,820.19 | $13,254.67 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $20,820.19 | $13,254.67 | |

**For the period of 5/3/2021 to 2/22/2023**

| | |
|---|---|
| Total Compensable Receipts: | $20,820.19 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $20,820.19 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $13,254.67 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $13,254.67 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 10/14/2021 to 2/22/2023**

| | |
|---|---|
| Total Compensable Receipts: | $20,820.19 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $20,820.19 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $13,254.67 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $13,254.67 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | |
|---|---|---|---|---|
| Case No. | 21-31504-JPN | | Trustee Name: | Christopher R. Murray |
| Case Name: | AQUILON ENERGY SERVICES, INC. | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***3202 | | Checking Acct #: | ******0401 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 5/3/2021 | | Blanket bond (per case limit): | $0.00 |
| For Period Ending: | 2/22/2023 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | $20,820.19 | $13,254.67 | $7,565.52 |

| **For the period of 5/3/2021 to 2/22/2023** | | **For the entire history of the case between 05/03/2021 to 2/22/2023** | |
|---|---|---|---|
| Total Compensable Receipts: | $20,820.19 | Total Compensable Receipts: | $20,820.19 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $20,820.19 | Total Comp/Non Comp Receipts: | $20,820.19 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $13,254.67 | Total Compensable Disbursements: | $13,254.67 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $13,254.67 | Total Comp/Non Comp Disbursements: | $13,254.67 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ CHRISTOPHER R. MURRAY

CHRISTOPHER R. MURRAY

/s/ Christopher R. Murray

**CLAIM ANALYSIS REPORT**     Exhibit C

| | |
|---|---|
| Case No. | 21-31504-JPN |
| Case Name: | AQUILON ENERGY SERVICES, INC. |
| Claims Bar Date: | 09/13/2021 |

| | |
|---|---|
| Trustee Name: | Christopher R. Murray |
| Date: | 2/22/2023 |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | CHRISTOPHER R. MURRAY<br><br>602 Sawyer St Ste 400<br>Houston TX 77007 | 06/30/2022 | TRUSTEE COMPENSATION - 507(a) 1 -- 503(b) ADMINISTRATIVE | Allowed | 2100-000 | $0.00 | $2,832.02 | $2,832.02 | $0.00 | $0.00 | $0.00 | $2,832.02 |
| | CHRISTOPHER R. MURRAY<br><br>602 Sawyer St Ste 400<br>Houston TX 77007 | 04/28/2022 | TRUSTEE EXPENSES 507(a) 1 -- 503(b) ADMINISTRATIVE | Allowed | 2200-000 | $0.00 | $346.61 | $346.61 | $0.00 | $0.00 | $0.00 | $346.61 |
| 2a | RANDY WILSON<br>206 REINERMAN ST<br>HOUSTON TX 77007 | 07/19/2021 | 507(A) 3 -- WAGE | Allowed | 5300-000 | $125,000.00 | $13,650.00 | $13,650.00 | $0.00 | $0.00 | $4,047.23 | $9,602.77 |
| | INTERNAL REVENUE SERVICE | 07/19/2021 | 507(A) 8 -- TAXES | Allowed | 5800-000 | $0.00 | $1,086.23 | $1,086.23 | $0.00 | $0.00 | $0.00 | $1,086.23 |
| | TEXAS EMPLOYMENT COMMISSION | 07/19/2021 | 507(A) 8 -- TAXES | Allowed | 5800-000 | $0.00 | $243.00 | $243.00 | $0.00 | $0.00 | $0.00 | $243.00 |
| 3 | TEXAS WORKFORCE COMM.<br>C/O ATTY GENERAL<br>101 EAST 15TH ST, RM 556<br>AUSTIN TX 78778 | 08/24/2021 | 507(A) 8 -- TAXES | Allowed | 5800-000 | $0.00 | $127.26 | $127.26 | $0.00 | $0.00 | $0.00 | $127.26 |
| 4 | TEXAS COMPTROLLER OF PUBLIC ACCTS<br>C/O ATTY GENERAL BK & COLLECTIONS<br>PO BOX 13528<br>AUSTIN TX 78711 | 09/01/2021 | 507(A) 8 -- TAXES | Allowed | 5800-000 | $0.00 | $9,036.40 | $9,036.40 | $0.00 | $0.00 | $0.00 | $9,036.40 |
| 1 | UPTRENDS LLC<br>1800 NW CORPORATE BLVD, STE 202<br>BOCA RATON FL 33431 | 07/12/2021 | UNSECURED | Allowed | 7100-000 | $0.00 | $8,702.87 | $8,702.87 | $0.00 | $0.00 | $0.00 | $8,702.87 |
| 2B | RANDY WILSON<br>206 REINERMAN ST<br>HOUSTON TX 77007 | 07/19/2021 | UNSECURED | Allowed | 7100-000 | $0.00 | $106,350.00 | $106,350.00 | $0.00 | $0.00 | $0.00 | $106,350.00 |

**CLAIM ANALYSIS REPORT**                                                                                          Page No: 2                    Exhibit C

| **Case No.** | 21-31504-JPN | | | | | | | **Trustee Name:** | Christopher R. Murray | | |
| **Case Name:** | AQUILON ENERGY SERVICES, INC. | | | | | | | **Date:** | 2/22/2023 | | |
| **Claims Bar Date:** | 09/13/2021 | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | MORGAN STANLEY CAPITAL GROUP INC. 1585 BROADWAY NEW YORK NY 10036 | 09/10/2021 | UNSECURED | Allowed | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | AMOUNT NOT STATED ON FACE OF CLAIM | | | | | | | | | | | |
| 6 | ARCH INSURANCE CO. ATTN: FRANCINE PETROSINO, LEGAL ASST. 210 HUDSON ST, STE 300 JERSEY CITY NJ 07311 | 09/13/2021 | UNSECURED | Allowed | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | UNLIQUIDATED-NO AMT STATED | | | | | | | | | | | |
| 7 | MILLBROOK LISLE 1001 LLC LEVENFELD PEARLSTEIN 2 N LASALLE ST, STE 1300 CHICAGO IL 60602 | 09/13/2021 | UNSECURED | Allowed | 7100-000 | $0.00 | $289,476.02 | $289,476.02 | $0.00 | $0.00 | $0.00 | $289,476.02 |
| | | | | | | $431,850.41 | $431,850.41 | $0.00 | $0.00 | $4,047.23 | $427,803.18 |

**CLAIM ANALYSIS REPORT**

Page No: 3                    Exhibit C

| | | | |
|---|---|---|---|
| **Case No.** | 21-31504-JPN | **Trustee Name:** | Christopher R. Murray |
| **Case Name:** | AQUILON ENERGY SERVICES, INC. | **Date:** | 2/22/2023 |
| **Claims Bar Date:** | 09/13/2021 | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| 507(A) 3 -- WAGE | $13,650.00 | $13,650.00 | $0.00 | $0.00 | $4,047.23 | $9,602.77 |
| 507(A) 8 -- TAXES | $10,492.89 | $10,492.89 | $0.00 | $0.00 | $0.00 | $10,492.89 |
| TRUSTEE COMPENSATION - 507(a) 1 -- 503(b) ADMINISTRATIVE | $2,832.02 | $2,832.02 | $0.00 | $0.00 | $0.00 | $2,832.02 |
| TRUSTEE EXPENSES 507(a) 1 -- 503(b) ADMINISTRATIVE | $346.61 | $346.61 | $0.00 | $0.00 | $0.00 | $346.61 |
| UNSECURED | $404,528.89 | $404,528.89 | $0.00 | $0.00 | $0.00 | $404,528.89 |

Exhibit D

### TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:        21-31504
Case Name:    AQUILON ENERGY SERVICES, INC.
Trustee Name:   Christopher R. Murray

Balance on hand:        $7,565.52

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:        $0.00
Remaining balance:        $7,565.52

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Christopher R. Murray, Trustee Fees | $2,832.02 | $0.00 | $2,832.02 |
| Christopher R. Murray, Trustee Expenses | $346.61 | $0.00 | $346.61 |
| Cooper & Scully, PC. First and final fees. 10172022 #23., Attorney for Trustee Fees | $3,357.50 | $3,357.50 | $0.00 |
| Cooper & Scully, PC. First and final expenses. 10172022 #23., Attorney for Trustee Expenses | $341.16 | $341.16 | $0.00 |
| TPS-West LLC. Final fees. 12142022 #27., Accountant for Trustee Fees | $8,811.50 | $8,811.50 | $0.00 |
| TPS-West LLC. Final expenses. 12142022 #27., Accountant for Trustee Expenses | $360.80 | $360.80 | $0.00 |

Total to be paid for chapter 7 administrative expenses:        $3,178.63
Remaining balance:        $4,386.89

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses:        $0.00
Remaining balance:        $4,386.89

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $22,813.66 must be paid in advance of any dividend to general (unsecured) creditors.

UST Form 101-7-TFR (5/1/2011)

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2a | RANDY WILSON | $13,650.00 | $0.00 | $4,386.89 |
| 3 | TEXAS WORKFORCE COMM. | $127.26 | $0.00 | $0.00 |
| 4 | TEXAS COMPTROLLER OF PUBLIC ACCTS | $9,036.40 | $0.00 | $0.00 |

Total to be paid to priority claims:  $4,386.89

Remaining balance:  $0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $404,528.89 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | UPTRENDS LLC | $8,702.87 | $0.00 | $0.00 |
| 2B | RANDY WILSON | $106,350.00 | $0.00 | $0.00 |
| 5 | MORGAN STANLEY CAPITAL GROUP INC. | $0.00 | $0.00 | $0.00 |
| 6 | ARCH INSURANCE CO. | $0.00 | $0.00 | $0.00 |
| 7 | Millbrook Lisle 1001 LLC | $289,476.02 | $0.00 | $0.00 |

Total to be paid to timely general unsecured claims:  $0.00

Remaining balance:  $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |